

**EXHIBIT "B"**

Administered by:
Velocity Risk Underwriters
Small Commercial Program

10 Burton Hills Blvd. Suite 300 Nashville, TN 37215

BULLARD BEAUTY PLUS, LLC DBA BELLA BEAUTY
6003 Bullard Ave
New Orleans, LA 70128

05/28/2021
Policy Number : 2019-802550-03
Burns and Wilcox Of Louisiana LTD - Metairie

BULLARD BEAUTY PLUS, LLC DBA BELLA BEAUTY ,

Thank you for your continuing business with Velocity Risk Underwriters, LLC. We thank you for choosing us for your small commercial insurance needs. Here is a list of the following changes from your last policy term.

**Change in Policy Number**

- From: VVX-CU-703560
- To: 2019-802550

**Changes in Locations**

- Changed Location 1 Coverage C: Contents Limits to $600,000

**Changes in Coverages**

- Changed AOP to $1,560
- Changed the Ancillary Coverage Package from Silver to Bronze

**Changes in Forms and Endorsements**

- Updated All Other Perils SMB 402



10 Burton Hills Blvd. Suite 300
Nashville, TN 37215
844-878-7529
www.VelocityRisk.com

## General Property Policy Declarations

This Declaration Page is attached to and forms part of the Policy as defined herein.

| Mailing Address & Named Insured | Policy Term: 12:01 AM Local Time | Policy Number: 2019-802550-03 |
|---|---|---|
| **BULLARD BEAUTY PLUS, LLC DBA BELLA BEAUTY**<br>6003 Bullard Ave<br>New Orleans, LA 70128 | Effective Date: 05/30/2021<br><br>Expiration Date: 05/30/2022 | Home state: LA |

| Producing agent: | Surplus Lines Producer: |
|---|---|
| **Vee Frichter**<br>2121 Airline Drive, Suite 600<br>Metairie, LA 70001 | **Blaise Salvador D'antoni II**<br>2121 Airline Drive, Suite 600<br>Metairie, LA 70001 |

> **This insurance policy is delivered as a surplus line coverage under the Insurance Code of the State of Louisiana. In the event of insolvency of the company issuing this contract, the policyholder or claimant is not covered by the Louisiana Insurance Guaranty Association or the Louisiana Life and Health Insurance Guaranty Association which guarantees only specific policies issued by an insurance company authorized to do business in Louisiana.**

### VRU Policy Number 2019-802550-03

| Carriers | Carrier Policy ID | Premium (X TRIA) | TRIA Premium | Policy Fee | Inspection Fee | Total Premium & Fees |
|---|---|---|---|---|---|---|
| **Independent Specialty Insurance Company**<br>1900 L. Don Dodson Drive<br>Bedford, TX 76201 | VVX-CU-802550-03 | $2,688.00 | $0.00 | $128.00 | $0.00 | $2,816.00 |
| **Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority B604510568622021**<br>Renaissance Re<br>18th Floor, 125 Old Broad Street<br>London EC2N 1AR<br>United Kingdom | VRR-CU-802550-03 | $1,512.00 | $0.00 | $72.00 | $0.00 | $1,584.00 |

### Summary of Premium, Taxes, and Fees:

| Coverage Premium | Wind & Hail | $2,640.00 |
|---|---|---|
| | All Other Perils | $1,560.00 |
| | *Sub Total Premium* | **$4,200.00** |

| Policy Fee | Policy Fee | $200.00 |
|---|---|---|
| Subtotal | | $4,400.00 |
| Total Policy Cost | | $4,400.00 |

## Coverage Information:

### Perils/Coverages/Deductibles/Forms:

| Peril/Item | Coverage selected | Deductible (if covered) | Form(s) |
|---|---|---|---|
| Catastrophe Wind & Hail % Deductible. All Other Wind & Hail is $10K ($5K if under $500K in TIV) per occurrence | Yes | 2% | SMB 300 2010 CW ALL Commercial Property |
| Flood Including Surge | No | N/A | |
| Earthquake | No | N/A | |
| All Other Perils | Yes | $1,000 | SMB 402 1712 CW ALL All Other Perils |
| Equipment Breakdown | No | N/A | |
| Terrorism Risk Insurance Act | No | N/A | SMB 517 2102 CW ALL TRIA Rejection Notice |
| Ancillary Coverage and Sublimits Package | Bronze (included) | Applicable policy deductible applies | SMB 407 1912 CW ALL Ancillary Sublimits |
| Velocity Direct Repair Program | No | N/A | |

## Additional Policy Forms and Endorsements

| Description | Form |
|---|---|
| Protective Safeguards | SMB 412 1712 CW ALL |
| Minimum Earned Premium | SMB 415 1907 GULF COAST ALL |
| Binding Authority Endorsement | SMB 426 2102 CW ALL RR |
| Privacy Notice | SMB 503 1712 CW ALL |
| Allocation Endorsement | SMB 419 2102 CW ALL |
| Service of Suit | SMB 500 2102 LA ALL PHN |
| Property Cyber and Data Exclusion | SMB 424 2101 CW ALL |
| Claims | SMB 501 1712 CW ALL |
| All Louisiana Disclosure | SMB 507 1908 LA |

| Description | Form |
|---|---|
| Fraud Notice | SMB 502 1805 CW ALL |
| Several Liability Clause | SMB 418 2007 CW ALL |
| Restrictive AOB | SMB 421 2010 LA ALL |
| U.S. Treasury Department's Office of Foreign Assets Control Notice | SMB 504 1712 CW ALL |
| General Complaint Notice | SMB 515 2010 CW ALL |

## Location & Building Detail:

### Location 1 - 6003 Bullard Ave - New Orleans, LA 70128

Building: 1 of 1

| Item | Limit |
|------|-------|
| Coverage A: Building | $0 |
| Coverage B: Other Structures | $0 |
| Coverage C: Contents | $600,000 |
| Coverage D: Business Income | $0 |

| Rating Information | Value |
|-------------------|-------|
| Zip Code | 70128 |
| County/Parish | Orleans Parish (071) |
| Occupancy | Wholesalers |
| Secondary Occupancy | NA |
| Building Construction | Non-Combustible |
| Roof Shape | Flat |
| Building - Year Built | 2009 |
| Number of Stories | 1 |
| Roof Replacement Year | 2009 |
| Protection Class | 1 |
| Central Monitored Burglar Alarm | Yes |
| Central Monitored Fire Alarm | Unknown |
| Fire Protection Sprinklers | Unknown |
| Have there been roof leaks in the last 3 years? | No |
| Roof Anchorage | Unknown |
| Roof Cover | Built-up roof with gravel |
| Roof Deck | Unknown |
| Roof Deck Attachment | Unknown |
| Does more than 20% EIFS exists on the building? | No |
| Year plumbing was last updated | 2009 |
| Year HVAC was last updated | 2009 |
| Year electrical was last updated | 2009 |

| Rating Information | Value |
|---|---|
| Square Footage | 7000 |
| Flood Zone | X500 |

| Underwriting Questions | Answer | Explanation |
|---|---|---|
| Have there been any sinkhole claims at this / these location(s)? | no | |
| Do any of the following hazards exist at any subject locations?<br>- Federal Pacific Electrical Panels<br>- Aluminum wiring<br>- Solid Fuels for cooking or heating<br>- Highly flammable contents, such as fireworks or bulk flammable liquids, etc. | no | |
| Does this risk have any Section 8 HUD tenants or student housing? | no | |
| Is the risk at least 50% occupied throughout the year? (Risks less than 50% occupied may not be eligible). | yes | |
| Do any of the subject insured risks have any of the following characteristics:<br>- Building under construction or renovation<br>- Building over water<br>- Building without permanent foundation / mobile home or trailer<br>- National Registry Building | no | |
| Has the customer had any of the following in the past 5 years?<br>- Prior Cancellations<br>- Non-renewals from previous carrier<br>- Bankruptcy<br>- Foreclosure | no | |

| Total TIV: | $600,000.00 |
|---|---|

## Named Insureds/Additional Insureds:

**THESE DECLARATIONS TOGETHER WITH THE COVERAGE PART DECLARATIONS, COVERAGE FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE CONTRACT OF INSURANCE.**

**This surplus lines policy has been procured by the following licensed Louisiana surplus lines broker:**

**Signature of Licensed Louisiana Surplus Lines Broker
or Authorized Representative:**

**Printed Name of Licensed Louisiana Surplus Lines Broker:**

**Insured Signature:**                                    **Date:**

**Agent Signature:**                                      **Date:**

SMB 515 2010 CW ALL Complaint Notice

# POLICYHOLDER NOTIFICATION

## QUESTIONS OR COMPLAINTS ABOUT YOUR INSURANCE?

FOR INFORMATION OR QUESTIONS ABOUT YOUR INSURANCE, COVERAGE, OR ASSISTANCE IN RESOLVING COMPLAINTS, PLEASE CONTACT VELOCITY RISK UNDERWRITERS AT 844-878-1267.

**SMB 300 2010 CW ALL COMMERCIAL PROPERTY**

# SMALL COMMERCIAL PROPERTY FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us," and "our" refer to the Insurer providing this insurance.

Other words and phrases that appear in *italics* have special meaning. Refer to Section I**.** Definitions.

## A. Coverages

The Coverage Territory under this policy applies within the United States of America being the fifty (50) states of the Union, its territories and possessions and the District of Columbia.

We will pay for sudden and accidental direct physical loss of or damage to Covered Property at the *locations* described in the Declarations caused by or resulting from any Covered Cause of Loss, during the policy period shown in the Declarations.

This policy only insures against losses resulting from the Covered Causes of Loss of sudden and accidental direct physical loss or damage to Covered Property, except as excluded. Loss or damage from all other causes of loss, whether caused directly or indirectly, are excluded from coverage under this policy, including, but not limited to, any pre-existing building damage at the time of any loss or damage for which claim is made under this policy**.**

The Covered Causes of Loss are indicated on the Declarations, Coverage Information Section, with a selection of "Yes" in Coverages Selected, or added by endorsement.   If the word "NO" is shown on the Declarations Coverage Information Section – Coverage Selected, then no coverage is provided for that coverage or Covered Cause of Loss.

If there is no limit for Coverage A, B, C or D on the declarations, the additional coverage that relates to Coverage A, B, C, or D has a $0 sublimit for all packages.

## 1. Coverage A - Covered Property

**Covered Property**, as used in this Coverage Part, means the type of property described in this Covered Property Section and limited in the Property Not Covered Section, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building,** meaning the building or structure described in the Declarations, including:

1) Completed additions;

2) Fixtures, including outdoor fixtures;

3) Permanently installed:

   a) Machinery; and / or

   b) Equipment;

4) **Hard costs,** meaning:

   a) Foundations, fixtures, attachments and similar property that has become or intended to become a permanent part of the building(s) or structure(s); and / or

   b) Materials, supplies and similar property owned by others for which you are responsible for. This property must be used in the construction operations insured under this policy and be located at the premise(s) described in the schedule of values.

5) **Business Personal Property** owned by you that is used to maintain or service the building or structure or its *locations*, including:

   a) Fire-extinguishing equipment;

Copyright material from
© Insurance Services Office, Inc., 2011

     b) Floor coverings; and / or

     c) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering.

  6) If not covered by other insurance:

     a) Additions under construction, alterations and repairs to the building or structure; and / or

     b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described *locations*, used for making additions, alterations or repairs to the building or structure.

b. **Coverage B – Other Buildings / Structures -** Additional Building Property(ies) and / or structure(s) as described on the Declarations.

  1) Includes swimming pools, detached garages, sheds, signs, pump houses

  2) Includes all fixed outdoor property, and some categories are subject to sublimits.

c. **Coverage C - Your Business Personal Property** consists of the following property located in or on the building(s) or structure(s) described in the Declarations, in the open, or in a vehicle within 1,000 feet of the covered building or structure or within 1,000 feet of the *locations* described in the Declarations, whichever distance is greater.

  1) Furniture and fixtures;

  2) Machinery and equipment;

  3) *Stock*;

  4) All other Business Personal Property owned by you and used in your business;

  5) Labor, materials or services furnished or arranged by you on Business Personal Property of others;

  6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

     a) Made a part of the building or structure you occupy but do not own; and / or

     b) You acquired or made at your expense but cannot legally remove;

  7) Leased Business Personal Property for which you have a contractual responsibility to insure, unless otherwise provided for under Business Personal Property of Others and / or

  8) Animals, owned by others and boarded by you, or if owned by you, only as stock while inside of buildings.

**2. Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as *stock* while inside of buildings;

c. Air, *land*, *land* values, and any substance in or on *land*, or any alteration to the natural condition of the *land*. This does not apply to the cost of reclaiming, restoring or repairing *land* improvements, provided the loss is from a Covered Cause of Loss;

d. Water, except water which is normally contained within any type of tank, piping system or other process equipment;

e. Standing timber, growing crops, turf, grass and / or lawns;

f. Bridges, boardwalks, roadways, drainage systems, walks, patios or other paved surfaces;

Copyright material from
© Insurance Services Office, Inc., 2011

g.   Contraband, or property during illegal transportation or trade;

h.   The cost of excavations, grading, backfilling or filling;

i.   Foundations of buildings, structures, machinery or boilers if their foundations are below:

   1)   The lowest basement floor; or

   2)   The surface of the ground, if there is no basement;

j.   Business Personal Property while airborne or waterborne;

k.   Property shipped by mail;

l.   Bulkheads, pilings, piers, wharves, boathouses, docks, jetties, quays, and breakwaters;

m.   Property that is covered under another coverage form of this or any other policy where it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

n.   Property sold by the you under conditional sale, trust agreement, installment plan or other deferred payment plan after delivery to customers;

o.   Property in transit, except expressly as provided elsewhere in this policy;

p.   Dams, dikes, levees, bridges, tunnels, reservoirs, sea walls, property lines, revetments, flood retaining walls and canals; except when scheduled on the Declarations;

q.   Underground mines or mining shafts and any related mining property and equipment while underground;

r.   Underground pipes, flues, drains or tanks;

s.   Offshore oil rigs, platforms and property contained therein or thereon;

t.   Satellites and spacecraft while on the launch pad, or after time of a launch;

u.   Transmission and distribution lines, including support structures, of every type and description; except when located on the insured *locations* or within 1,000 feet;

v.   Property of unit owners within individual residential condominium units, consisting of:

   1)   Personal property and improvements & betterments; and / or

   2)   Floor coverings, wall coverings and ceiling coverings which only serve that unit.

   However, this exclusion shall not apply to:

   3)   Appliances; refrigerators; air conditioning equipment (including air conditioning compressors); heating equipment; cooking ranges; dishwashers; clothes washers/dryers; and fixtures, installations or permanent additions initially installed in accordance with the original plans and specifications; all contained within the units.

w.   Electronic data, except as provided under the Additional Coverages, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and funrainctions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph does not apply to your *stock* of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

x.   The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to

Copyright material from
© Insurance Services Office, Inc., 2011

proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Additional Coverages for Valuable Papers and Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

y.  Vehicles or self-propelled machines (including aircraft, watercraft and railroad rolling *stock*) that:

1)  Are held for sale; and / or

2)  Are licensed for use on public roads; and / or

3)  Are operated principally away from the described *locations*.

This paragraph does not apply to:

a)  Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

b)  Rowboats or canoes out of water at the described *locations*;

z.  The following property while outside of buildings:

1)  Grain, hay, straw or other crops; and / or

2)  Smokestacks, silos or their contents, windmills, wind pumps, wind generators or their towers;

aa. Greenhouses, hothouses, gazebos, slat houses, trellises, pergolas, cabanas, and outdoor equipment pertaining to the services of these *locations*.

bb. Gas station pumps and gas station canopies.

cc. Solar Panels, solar panel systems, and/or any related equipment.

**3.  Coverage D - Business Income Coverages**

This policy is extended to cover Business Income Coverages and Additional Business Income Coverages for the Actual Loss Sustained by you up to the annual limits shown in the Declarations, during the Period of Interruption directly resulting from a Covered Cause of Loss to Covered Property.

a.  **Actual loss sustained** occurs in the event you are prevented from producing goods or from continuing its business operations or services and are unable to:

1)  Make up lost production within 365 continuous days after the Period of Interruption, or

2)  Continue business operations or services:

a)  through the use of any property or service owned or controlled by you; or

b)  obtainable from other sources, whether the property or service is at an insured *location;* or

c)  through working extra time or overtime at any other substitute *locations*, including any other *locations* acquired or for this purpose;

then subject to all other conditions of this policy, for the Actual Loss Sustained of the following during the Period of Interruption shall be Covered Property.

b.  The **Period of Interruption**, not to exceed 365 continuous days, is

1)  from the time of physical loss or damage insured against by this policy to the time when, with the exercise of due diligence and dispatch, to either:

a)  Resume normal operations; or

b)  Repair, replace, or prepare for operations, the physically damaged covered buildings and equipment, to the same or equivalent physical and operating conditions that existed prior to the loss or damage, whichever is less.

c)  Such period of time shall not be cut short by the expiration or earlier termination date of the policy.

Copyright material from
© Insurance Services Office, Inc., 2011

2) In addition, if applicable, such time as may be required with the exercise of due diligence and dispatch:

a) To restore *stock* in process to the same state of manufacture in which it stood at the time of the initial interruption of production or *suspension* of business operations or services; or

b) To replace physically damaged or destroyed mercantile *stock* necessary to resume operations; or

c) To replace raw materials and supplies in order to continue operations.

However, the inability to procure destroyed mercantile stock or suitable raw materials and supplies to replace similar stock or materials and supplies physically damaged or destroyed shall not increase the Period of Interruption.

3) For Property Under Construction: The time period between the anticipated date of substantial completion had no covered loss occurred and the actual date of completion. In calculating the amount of loss, due consideration will be given to the actual experience of the business compiled after substantial completion and start-up.

The Period of Interruption does not include any additional time:

a) Required for re-staffing or re-training employees; or

b) Required due to your inability to resume operations for reasons other than those enumerated in 2.a. through 2.b. above; or

c) Required for making change(s) to the covered buildings, structures, or equipment for any reason except as provided in the Ordinance or Law coverage.

Consideration will be given to the experience of the business prior to the *occurrence* of the Covered Cause of Loss and the probable experience had no loss occurred.  Only normal charges and expenses that would have existed had no interruption of production or *suspension* of business operations or services occurred will be covered.

c. **Business Income Monthly Limitation of Indemnity:  T**he most we will pay each month during the Period of Interruption for Business Income Coverage Actual Loss Sustained by you resulting directly from a Covered Cause of Loss will be not greater than 1/12 of the annual limit for Business Income Coverages shown on the Declarations.  There shall be no liability under this policy for more than the Business Income Monthly Limitation of Indemnity shown on the Declarations for all Business Income Coverages, except for those that have a sublimit on the Additional Coverages and Sublimits Endorsement.  Business Income Monthly Limitation of Indemnity is payable each period of thirty (30) consecutive days after the beginning of the Period of Interruption.

d. **Business Income Coverages** will be:

1) **Gross Earnings**, which in the event of a loss and for the purpose of this coverage are:

a) For manufacturing operations: The net sales value of production less the cost of all raw *stock*, materials and supplies utilized in such production; or

b) For mercantile or non-manufacturing operations: The total net sales less cost of merchandise sold, materials and supplies consumed in the operations or services rendered by you;

c) Plus, all other earnings derived from the operation of the business;

d) Less all charges and expenses which do not necessarily continue during the interruption of production or *suspension* of business operations or services.

2) **Net Sales**, which in the event of loss at mercantile or non-manufacturing operations, and for the purpose of this coverage, are determined as the amount for which merchandise could have been sold to your regular customers if there was no loss or damage to merchandise.

Copyright material from
© Insurance Services Office, Inc., 2011

**SMB 300 2010 CW ALL COMMERCIAL PROPERTY**

    3) **Ordinary Payroll**, which is the entire payroll expense for all your employees except officers, executives, department managers, employees under contract, and other essential employees. The specified number of days that Ordinary Payroll expense is covered is shown on the Additional Coverages and Sublimits Endorsement. The number of days need not be consecutive, but must fall within the Period of Interruption of production or *suspension* of business operations or services, or fall within the extension of that period, if an extension is provided.

    4) ***Rental Value***: In respect to Covered Property held for rental to others, this policy is extended to cover the Actual Loss Sustained during the Period of Interruption but not exceeding the reduction in *rental value* less charges and expenses which do not necessarily continue. Due consideration will be given to the historic rental expenses prior to the loss and the probable expenses.

e. **Additional Business Income Coverages** will be:

    1) **Contingent Business Income Costs** will be covered up to the Sublimits shown on the Additional Coverages and Sublimits Endorsement if sudden and accidental direct physical loss or damage to the real or personal property of a direct supplier or direct customer of you is damaged by a Covered Cause of Loss under this policy, and such damage:

        a) wholly or partially prevents any of your direct suppliers from supplying their goods and/or services to you; or

        b) wholly or partially prevents any of your direct customers from accepting your goods and/or services;

    This policy is extended to cover the Actual Loss Sustained by you during the Period of Interruption with respect to such real or personal property, if the property of the supplier or customer which sustains loss or damage is of the type of property which would be Covered Property under this policy.

    This coverage applies to your direct suppliers or direct customers located within the Coverage Territory.

    2) **Extended Period of Indemnity** covers extra expense incurred during the additional length of time required to restore you to the same condition as existed had no loss occurred.  This will commence with the later of the following dates:

        a. the date on which the coverage for loss or damage would otherwise terminate; or

        b. the earliest date on which either normal operations resume, or repair, replacement, or rebuilding of the property that has been damaged is actually completed; but in no event for a period of time exceeding the number of days specified in the Additional Coverages and Sublimits Endorsement.  The Extended Period of Indemnity does not apply to any Business Income Coverages.

    3) **Extra Expense** covers expenses, during the Period of Interruption, over and above normal operating expenses, necessarily incurred by you to avoid or minimize the *suspension* of business at the described *location* or at replacement *locations* or temporary *locations*, including relocation expenses and costs to equip and operate the replacement *location* or temporary *location* and to minimize *suspension* of business if you cannot continue operations up to the Sublimits shown on the Additional Coverages and Sublimits Endorsement.

    You will agree to use any suitable property or service owned or controlled by you or obtainable from other sources in reducing the Extra Expense incurred under this policy.

    4) **Ingress and Egress**: This policy is extended to cover the Actual Loss Sustained during the Period of Interruption when ingress to or egress from your covered *location* is prohibited as a direct result of a Covered Cause of Loss to real property not insured. The insured physical loss or damage must occur within five (5) statute miles from your covered *location* in order for coverage to apply. Such period of time begins on the date that ingress to or egress from real

Copyright material from
© Insurance Services Office, Inc., 2011

or personal property is prohibited and ends when ingress or egress is no longer prohibited, but no more than the number of days shown on the Sublimits of the Additional Coverages and Sublimits Endorsement.

5) **Interruption by Civil or Military Authority:** This policy is extended to cover the Actual Loss Sustained during the Period of Interruption when access to your covered *location* is prohibited by an order of civil or military authority, if, such order is a direct result of a Covered Cause of Loss to real property not insured. Your physical loss or damage must occur within five (5) statute miles from your covered *location* for coverage to apply. Such period of time begins with the effective date of the order of civil or military authority and ends when the order expires, but no more than the number of days shown on the Additional Coverages and Sublimits Endorsement.

6) **Royalties**: This policy is extended to cover loss of income sustained by you under a royalty, licensing fee, or commission agreement between you and another party during the Period of Interruption arising out of sudden and accidental direct physical loss or damage by a Covered Cause of Loss during the term of this policy to real or personal property of such other party, only if such Royalties are up to the Sublimits shown on the Additional Coverages and Sublimits Endorsement. When determining the amount payable, consideration will be given to the amount of income derived by you from such agreements before, and the probable amount of income after, the date of loss or damage.

7) **Service Interruption:** This policy is extended to cover the loss or damage to Covered Property and Business Income Coverage resulting from sudden and accidental direct physical loss or damage from a Covered Cause of Loss to: (1) incoming electrical, gas, water and telecommunication equipment and outgoing sewer; or (2) electrical, telecommunication, fuel, water, steam, refrigeration, or other service transmission lines; all situated outside the insured *locations.*

   a) However, Service Interruption DOES NOT apply to any loss caused by damage to any utility service listed Additional Coverages, Contingent Business Income Costs above, if located more than five (5) statute miles from the covered *location*.

   b) There shall be no loss payable under this Additional Business Income Coverage unless the interruption exceeds the qualifying period shown on the Additional Coverages and Sublimits Endorsement.  In such case, the loss shall be measured from date and time of the loss. With respect to any Business Income Coverage provided, the Period of Interruption ends when: (1) incoming electrical, gas, water, or telecommunication equipment or outgoing sewer or (2) electrical, telecommunication, fuel, water, steam, refrigeration, or other service transmission lines, is restored.

   c) The Sublimit of Insurance shown on the Additional Coverages and Sublimits Endorsement applies to all loss or damage to Covered Property and/or Business Income Coverages, combined arising out of one Service Interruption.  None of the Additional Business Income Coverages apply to the Business Income Coverage provided herein, except *rental value.*

   Service Interruption does not include coverage for any increase in loss due to fines or damages for breach of contract or for late or non-completion of orders, or penalties of any nature.

f. **Business Income Not Covered:**

   The following are excluded from Business Income Coverages:

   1) **Berth and/or Port Blockage:**

   Any loss due to blockage of a port or berth. Blockage means a blockage of any part of the port or berth arising from an *occurrence* which results in the sinking or stranding of a ship, or the inability of a ship to gain access to a berth.

   2) **Finished Products:**

Copyright material from
© Insurance Services Office, Inc., 2011

**SMB 300 2010 CW ALL COMMERCIAL PROPERTY**

Any loss resulting from loss or damage to finished products manufactured by you nor for the time required for their reproduction.

3) **Idle Periods**:

Any loss during any period in which goods would not have been produced, or business operations or services would not have been maintained, for any reason other than physical loss or damage from a Covered Cause of Loss to which this coverage applies.

4) **Remote Loss:**

a) Any increase in loss due to the suspension, cancellation, or lapse of any lease, contract, license or order; and / or

b) Any loss due to fines or damages for breach of contract; or for late, or non-completion of orders or penalties of whatever nature; and / or

c) Any increase in loss due to interference at your *location* by strikers or other persons with rebuilding, repairing, or replacing the property damaged or destroyed, or with the resumption or continuation of business, or with the re-occupancy of the *locations*.

d) Nor shall there be any liability under this policy for any other consequential or remote loss, other than as specifically stated in the Additional Business Income Coverages in this policy.

5) **Transit:**

Any Business Income loss resulting from loss or damage to property in transit.

**B.  Covered Causes of Loss**

The Covered Causes of Loss included in this policy means all loss and/or damage arising from the following:

1.  **Windstorm or Hail** which means direct action of wind or direct action of hail, accompanied by wind or not, which causes loss or damage.

a.  Windstorm or Hail excludes:

1) Frost or cold weather, and / or

**2)** Accumulation of ice, snow, sleet, water or any other form of precipitation.

**C.  Additional Coverages**

The following Additional Coverages are subject to the terms and conditions of this policy, including the Deductibles and Sublimits of Insurance corresponding to each Additional Coverage as included on the Additional Coverages and Sublimits Endorsement. These Additional Coverage items are either included or excluded Sublimits of Insurance and are part of, and not in addition to the Limits of Insurance of this policy.

1.  **Accounts Receivable**

This policy covers any shortage in the collection of Accounts Receivable directly resulting from a Covered Cause of Loss to Accounts Receivable records.

a.  This additional coverage does not apply to loss due to:

1) Bookkeeping, accounting or billing errors and omissions; and / or

2) Alteration, falsification, manipulation, concealment, destruction, or disposal of Accounts Receivable records committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property, but only to the extent of such wrongful giving, taking, obtaining or withholding.

2.  **Business Personal Property Temporarily in Portable Storage Units**

Copyright material from
© Insurance Services Office, Inc., 2011

    a.  You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a non-owned detached trailer) located within 1,000 feet of the building or structure described in the Declarations.

    b.  If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

    c.  This Additional Coverage does not apply to loss or damage otherwise covered under this policy or any endorsement to this policy and does not apply to loss or damage to the storage unit itself.

3.  **Debris Removal**

    a.  We will pay your expense to remove debris of Covered Property and other debris that is on the described *location(s)*, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of the sudden and accidental direct physical loss or damage.

    b.  Debris Removal does not apply to costs to:

        1)  Remove debris of property owned by or leased to the landlord of the building where your described *location(s)* are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

        2)  Remove any property that is Property Not Covered, including property addressed under the Outdoor Signs, Fences, Antennas, and Vegetation Additional Coverage;

        3)  Remove property of others;

        4)  Remove deposits of mud or earth from the grounds of the described *locations*;

        5)  Extract *pollutants or contaminants* from *land* or water; and / or

        6)  Remove, restore or replace polluted *land* or water.

4.  **Electronic Data**

    a.  Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your *stock* of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

    b.  Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

    c.  The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

        1)  Coverage under this Additional Coverage, Electronic Data, includes *collapse*.

        2)  The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. There is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

        3)  The most we will pay under this Additional Coverage, Electronic Data, is on the Sublimit in the Additional Coverages and Sublimits Endorsement for all loss or damage sustained in any one policy year, regardless of the number of *occurrences* of loss or damage, the number of *locations*, or the number of computer systems involved. If loss payment on the first *occurrence*

Copyright material from
© Insurance Services Office, Inc., 2011

does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year.

6. *Fine Arts*

This policy is extended to cover sudden and accidental direct physical loss or damage from a Covered Cause of Loss to *Fine Arts*. However, no coverage is provided for:

a. Breakage, marring, scratching, chipping or denting of *Fine Arts*, unless such breakage, marring, scratching, chipping or denting is caused by a Covered Cause of Loss; and / or

b. Physical loss or damage as a result of restoring, repairing or retouching processes.

7. **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for services at each *location* described in the Declarations. The Sublimit in the Additional Coverages and Sublimits Endorsement is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

a. Assumed by contract or agreement prior to loss; and/ or

b. Required by local ordinance.

No Deductible applies to this Additional Coverage. There is no coverage for any costs incurred as a result of a false alarm.

8. *Fungus, Mold(s), Mildew, Spores, or Yeast*

Associated losses will be covered if you establish that the *Fungus, Mold(s), Mildew, Spores, or Yeast* is a direct result of a Covered Cause of Loss and this loss is reported within twelve (12) months from the expiration date of the policy.

9. **Gems and Jewelry**

We will pay for sudden and accidental direct physical loss or damage from a Covered Cause of Loss to precious stones, gems and jewelry.

10. **Leased or Rented Equipment**

This policy is extended to cover sudden and accidental direct physical loss or damage at insured *locations* from a Covered Cause of Loss to equipment that you have leased and/or rented for which you are legally liable.

11. **Leasehold Improvements and Betterments**

This policy is extended to cover the value of undamaged tenant improvements and betterments when your lease is cancelled by the lessor acting under a valid condition of the lease due to sudden and accidental direct physical loss or damage to a building and/or personal property caused by or resulting from a Covered Cause of Loss at an insured *location.*

12. **Leasehold Interest**

If Covered Property is: (1) rendered wholly or partially untenantable by a Covered Cause of Loss during the policy period and (2) your lease is canceled by a party, other than you, or an entity with any common ownership with you, in accordance with the conditions of the lease or as a result of a statutory requirement of the appropriate jurisdiction in which the damaged or destroyed Covered Property is located, then this policy is extended to cover  "The Interest of the Insured as Lessee"(as defined below) or  "The Interest of the Insured as Lessor"(as defined below), whichever is applicable, but only for the first three (3) months succeeding the date of the loss and the "Net Lease Interest" (as defined below) shall be paid for the remaining months of the unexpired lease.

a. Recovery under this additional coverage shall be the pro-rata proportion from the date of loss to expiration date of the lease (to be paid without discount) on your interest in:

Copyright material from
© Insurance Services Office, Inc., 2011

**SMB 300 2010 CW ALL COMMERCIAL PROPERTY**

    1) The amount of bonus paid by you for the acquisition of the lease not recoverable under the terms of the lease;

    2) Improvements and betterments to real property which are not covered under any other section of this policy; and / or

    3) The amount of advance rental paid by you and not recoverable under the terms of the lease.

  b. Definitions: The following terms, wherever used in this Paragraph 13, shall mean:

    1) The "The Interest of the Insured as Lessee" is defined as:

       a) the excess of the *rental value* of similar *locations* over the actual rental payable by the lessee (including any maintenance or operating charges paid by the lessee) during the unexpired term of the lease; and

       b) the rental income earned by you from sublease agreements, to the extent not covered under any other section of this policy, over and above the rental expenses specified in the lease between you and the lessor.

    2) The "The Interest of the Insured as Lessor" is defined as the difference between the rents payable to the lessor under the terms of the lease in effect at the time of loss and the actual rent collectible by the lessor during the unexpired term of the lease provided the lease is canceled by the lessee, to the extent not covered under any other section of this policy.

    3) "Net Lease Interest" is defined as that sum, which placed at 6% interest compounded annually will be equivalent to the "The Interest of the Insured as Lessee or Lessor."

    4) There shall be no liability under this policy for any increase of loss which may be occasioned by the suspension, lapse or cancellation of any license or by you exercising any option to cancel the lease. Furthermore, you shall use due diligence, including all things reasonably practicable, to diminish loss under this additional coverage.

13. **Limited Pollutant or Contaminant Clean-up and Removal**

We will pay your reasonable and necessary additional expense incurred to extract, dispose of or clean up actual presence of *pollutants or contaminants* from *land* or water at the described *locations* if the discharge, dispersal, seepage, migration, release or escape of the *pollutants or contaminants are* caused by or results from a Covered Cause of Loss that occurs during the policy period. The additional expense will be paid only if reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of *pollutants or contaminants*. We will pay for testing which is performed in the course of extracting the *pollutants or contaminants* from the *land* or water.

The most we will pay under this Additional Coverage is the Sublimit in the Additional Coverages and Sublimits Endorsement for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

14. **Loading and Unloading of Property for Transit**

This policy is extended to cover your Business Personal Property only while being loaded and unloaded for transit.

15. **Lock and Key Replacement**

This policy covers the necessary expense to repair or replace the exterior or interior door locks and keys of a covered building when there is sudden and accidental direct physical loss or damage from a Covered Cause of Loss:

  a. If the door keys are stolen in a covered theft loss; and / or

  b. When the Covered Property is damaged, and the door keys are stolen by burglars.

16. **Moveable Equipment and Inventory in the Open**

Copyright material from
© Insurance Services Office, Inc., 2011

We will pay for sudden and accidental direct physical loss or damage from a Covered Cause of Loss to moveable equipment and inventory that is not in a fully enclosed structure.

17. **Newly Acquired or Constructed Property**

a. **Buildings**

If this policy covers buildings, you may extend insurance to apply to:

1) Your new buildings while being built on the described *locations*; and / or

2) Buildings you acquire at *locations*, other than the described *locations*, intended for:

    a) Similar use as the building described in the Declarations; or

    b) Use as a warehouse.

b. **Your Business Personal Property**

1) If this policy covers Your Business Personal Property, you may extend insurance to apply to:

    a) Business personal property, including such property that you newly acquire, at any *location* you acquire other than at fairs, trade shows or exhibitions; and / or

    b) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the *location* described in the Declarations.

2) This Additional Coverage does not apply to:

    a) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

    b) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

c. **Period of Coverage**

With respect to insurance provided under this Additional Coverage for Newly Acquired or Constructed Property, coverage will end when any of the following first occurs:

1) This policy expires;

2) 60 days after you acquire the property or begin construction of that part of the building that would qualify as covered property;

3) You report values to us; or

4) When we notify you that we will not bind the newly acquired property.

There is no coverage for any property that is partially or wholly insured under any other insurance.

We will charge additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

18. **Ordinance or Law**

In the event of sudden and accidental direct physical loss or damage from a Covered Cause of Loss under this policy that results in the enforcement of any law, ordinance, governmental directive or standard in effect at the time of loss or damage regulating the construction, repair or use and occupancy of the property, the following is covered under this policy:

a. **Coverage A – Coverage for Loss to Undamaged Portion of the Building -** For the loss in value of the undamaged portion of the building due to the enforcement of an Ordinance or Law that requires demolition of undamaged parts of the same building.

b. **Coverage B – Demolition Cost Coverage-** For the cost to demolish and clear the site of undamaged parts of the same building, due to the enforcement of an Ordinance or Law that requires demolition of such undamaged property.

Copyright material from
© Insurance Services Office, Inc., 2011

c. **Coverage C - Increased Cost of Construction** -  For the increased cost of repair or replacement of the damaged and undamaged building on the same or another site, limited to the cost that would have been incurred to comply with the minimum requirements of such Ordinance or Law regulating the repair or reconstruction of the damaged property on the same site. However, there is no coverage for any increased cost of construction loss unless the damaged property is rebuilt or replaced.

If the Ordinance or Law requires relocation to another *location*, the most we will pay for the increased cost of construction is the increased cost of construction at the new *location*. The increased rebuilding costs must be kept to the minimum needed to satisfy legal requirements.

19. **Outdoor Signs, Fences, Antennas, and Vegetation**

You may extend the insurance provided by this policy to apply to your outdoor signs, fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are *stock* or are part of a vegetated roof), including debris removal expense.

Subject to all terms and limitations of coverage, this Additional Coverage includes the expense of removing from the described *locations* the debris of trees, shrubs and plants which are the property of others, except when you are a tenant and such property is owned by the landlord of the described *locations*.

Outdoor Signs, Fences, Antennas, and Vegetation has a sublimit within Coverage B, Other Buildings and Structures.

20. **Pairs or Sets**

If two or more components or parts are necessary for a whole or complete product, then this policy covers the reduction in value of insured components or parts of products due to sudden and accidental direct physical loss or damage from a Covered Cause of Loss insured against by this policy to the other insured components or parts of such products.

21. **Personal Effects and Property of Others**

If this policy covers Your Business Personal Property, you may extend insurance to apply to:

a. Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Additional Coverage does not apply to loss or damage by theft.

b. Personal property of others in your care, custody or control.

Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

22. **Professional Fees**

This policy is extended to cover reasonable and necessary Claim Preparation Costs (as defined below) incurred by you at our request to determine the extent or amount of insured loss or damage as a result of a Covered Cause of Loss under this policy, provided that you obtain the prior written approval for the vendor to be engaged.

a. Claim Preparation Costs means:

1) The cost of taking inventory and the cost of gathering and preparing other data to substantiate the extent or amount of loss or damage; and

2) The cost of services provided by accountants, contractors, and engineers solely to determine the extent or amount of loss.

b. Claim Preparation Costs and Professional Fees does not mean and excludes:

1) Legal fees, charges and expenses;

2) Fees and costs of a public claims adjuster, claim consultant, insurance broker or agent (except forensic accounting services), or any person acting for or on behalf of a public claims adjuster, claim consultant, or insurance broker or agent;

Copyright material from
© Insurance Services Office, Inc., 2011

**SMB 300 2010 CW ALL COMMERCIAL PROPERTY**

3) Costs associated with negotiation or presentation of any claim or part of a claim that is disputed or denied;

4) Costs associated with establishing that any claim or part of a claim is covered by the policy; and / or

5) Costs which represent overhead or operating expense of yours, including salaries of your such employees.

23. **Property Removed from Insured *Locations***

a. You may extend the insurance provided by this policy to apply to your Covered Property while it is away from the insured *locations*, if it is:

1) Temporarily at a *location* you do not own, lease or operate;

2) In storage at a *location* you lease, provided the lease was executed after the beginning of the current policy term; and / or

3) At any fair, trade show or exhibition.

24. **Protection and Preservation of Property**

If it is necessary to move Covered Property from the described *locations* to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any sudden and accidental direct physical loss or damage to that property:

a. While it is being moved or while temporarily stored at another *location*; and

b. Only if the loss or damage occurs within 30 days after the property is first moved.

25. **Reclaiming, Restoring, or Repairing *Land* Improvements**

This policy is extended to cover the cost of reclaiming, restoring or repairing *land* improvements, provided the loss is from a Covered Cause of Loss**.**

26. **Reward Reimbursement**

This policy covers monetary rewards for information that leads to a criminal conviction in connection with loss or damage to Covered Property by a Covered Cause of Loss, up to amounts agreed by you and the Insurer.

27. **Seasonal Inventory**

We will cover temporary increases in Business Personal Property as stated on the Additional Coverages and Sublimits Endorsement during the months of November to May due to seasonal fluctuations as reflected on your historical inventory, or if not available, based on similar industry fluctuations.

28. **Sewer or Water Back Up**

We will pay for sudden and accidental direct physical loss or damage due to a Covered Cause of Loss to Covered Property, caused by or resulting from discharge of water or waterborne material from a sewer, drain or sump located at the described *location(s)*, provided such discharge is not induced by *flood* or *flood* related conditions. For the purposes of this coverage, the term drain includes a roof drain and related fixtures.

29. **Sidewalks, Paved Surfaces and Roadways**

We will pay for sudden and accidental direct physical loss or damage due to a Covered Cause of Loss to Covered Property to any Sidewalks, Paved Surfaces or Roadways you own or are responsible for repairs or replacement.

30. **Spoilage**

This policy is extended to cover Spoilage as a direct result of a Covered Cause of Loss.  This policy will pay for sudden and accidental direct physical loss or damage to:

Copyright material from
© Insurance Services Office, Inc., 2011

   a.  Perishable Goods due to Spoilage;

   b.  Perishable Goods due to contamination from the release of refrigerant, including but not limited to ammonia; and / or

   c.  Perishable Goods due to Spoilage caused by a Covered Cause of Loss to equipment that is owned by a utility, landlord, or other supplier of any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

     If you are unable to replace the Perishable Goods before their anticipated sale, payment will be determined based on the sales price of the Perishable Goods at the time of the loss, less discounts and expenses that otherwise would have been incurred. Otherwise, payment will be determined in accordance with the Loss Settlement Conditions of this policy.

     Perishable Goods means personal property:

   1)  maintained under controlled conditions for its preservation, and

   2)  susceptible to loss or damage if the controlled conditions change.

     Spoilage Exclusions: There shall be no coverage under this policy for loss or damage caused by or resulting from:

   1)  The disconnection of any refrigerating, cooling or humidity control system from the source of power; and/ or

   2)  The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

### 31. Tenant's Glass

We will pay for sudden and accidental direct physical loss or damage due to a Covered Cause of Loss to glass that the insured is responsible to cover as a tenant.

### 32. Valuable Papers and Records (Other Than Electronic Data)

   a.  You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. This Additional Coverage does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

   b.  Coverage under this Additional Coverage includes *collapse.*

   c.  We will also pay for the cost of blank material for reproducing the records (if duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

## D. Exclusions and Limitations

The stated exclusions (or failure to include other exclusions) shall in no way expand the coverage provided by this policy or provide coverage for perils not named in this policy. Further, loss, damage, costs, and expenses associated with the exclusions are similarly excluded from coverage under this policy, whether or not a Covered Cause of Loss contributes concurrently or in any sequence to such loss, damage, costs and expenses.

For each Covered Cause of Loss shown on the Declarations Coverage Information section, the respective endorsement contains the policy details relating to the respective peril. If the coverage is selected "Yes" in the Declarations, the peril as defined in the respective endorsement attached to this policy shall be a Covered Cause of Loss and not be excluded. If the coverage is selected "No" in the Declarations, the peril as defined in the respective endorsement attached to this policy shall be excluded from coverage under this policy.

Any Covered Cause of Loss added by endorsement, shall only provide coverage as defined in the

Copyright material from
© Insurance Services Office, Inc., 2011

**SMB 300 2010 CW ALL COMMERCIAL PROPERTY**

respective endorsement. Any other exclusion contained in this policy shall be an exclusion if not specifically defined in the policy forms or attached endorsements.

There is no coverage under this policy for loss or damage caused directly or indirectly by any of the following exclusions. Such loss or damage is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss or damage.

1. **Asbestos Exclusion**

   a. Loss, damage or remediation expenses caused by or resulting from the presence of asbestos or asbestos-containing materials is excluded. As used in this exclusion, remediation expenses are expenses incurred for or in connection with the investigation, monitoring, removal, increased cost of reconstruction, disposal, treatment, abatement or neutralization of asbestos or asbestos-containing materials to the extent required by federal, state or local laws, regulations or statutes or any subsequent amendments to address asbestos.

   b. However, this asbestos exclusion does not apply to the extent that coverage is provided under the following:

      1) This policy insures asbestos located within an insured building or structure, and then only that part of the asbestos which has been physically damaged during the policy period by a Covered Cause of Loss.

      2) This coverage is subject to all limitations in the policy and, in addition, to each of the following specific conditions to coverage:

         a) The said building or structure must be insured under this policy for damage by this Covered Cause of Loss.

         b) The Covered Cause of Loss must be the immediate, sole cause of the damage to the asbestos.

         c) You must report the existence and cost of the damage as soon as practicable after the Covered Cause of Loss first damaged the asbestos. However, there is only coverage for reports of loss no later than 12 (twelve) months after the expiration, or termination, of the policy period.

         d) Insurance under this policy in respect of asbestos shall exclude any sum relating to:

            i. any faults in the design, manufacture or installation of the asbestos; or

            ii. asbestos not physically damaged by a Covered Cause of Loss including any governmental or regulatory authority direction or request of whatsoever nature relating to undamaged asbestos.

2. **Catastrophe Exclusion**

   Loss or damage directly or indirectly caused by a *catastrophe* that is in existence at the time that written request to bind is given to us, until coverage for such *catastrophe* has been bound by written agreement between the Insurer and the Named Insured is excluded. In addition, no increase in limits or additional coverages will be provided for any insured *location*(s) threatened by such *catastrophe*, until coverage for such *catastrophe* has been bound by written agreement between the Insurer and the Named Insured.

3. **Collapse Exclusion**

   Loss or damage caused by *collapse* is excluded.  Other than "All Other Peril" Covered Causes of Loss, (if applicable) *collapse* is not excluded if caused by any other Covered Cause of Loss.

Copyright material from
© Insurance Services Office, Inc., 2011

4. **Defect Exclusion**

Loss or damage caused by faulty or defective workmanship, material, construction, installation, or design from any cause; or faulty planning, zoning, development, surveying or siting is excluded unless the resulting damage is the direct result of sudden and accidental direct physical loss or damage from a Covered Cause of Loss.  In that event, this policy will cover only the resulting damage.

In addition, loss or damage caused by fault, defect, error, deficiency or omission in design, plan or specification is excluded, unless the resulting damage is the direct result of sudden and accidental direct physical loss or damage from a Covered Cause of Loss.  In this event, this policy will cover only such resulting damage.

5. **Delay, Loss of Market or Loss of Use Exclusion**

Loss or damage caused by the delay, loss of market, or loss of use, other than as expressly set forth in this policy, is excluded.

6. **Depletion Exclusion**

Loss or damage caused by deterioration, depletion, rust, corrosion, erosion, wet or dry rot, decay, evaporation, leakage, animal, insect or vermin damage, inherent vice or latent defect, shrinkage or change in color, flavor, texture or finish, extremes or changes of temperature damage or changes in relative humidity damage, whether atmospheric or not is excluded.

7. ***Earthquake and Earth Movement* Exclusion**

Loss or damage caused by *earthquake* and *earth movement* is excluded.

8. **EIFS Exclusion**

Loss or damage caused by or resulting from the design, manufacture, installation, or use of any Exterior Insulation and Finish System (EIFS), Dryvit construction, or similar synthetic stucco finishing surfaces are excluded.  However, this exclusion shall not apply to sudden and accidental direct physical damage to EIFS or Dryvit or similar synthetic stucco finishing surfaces as the direct result of a Covered Cause of Loss.

9. **Electrical Surge Exclusion**

Loss or damage caused by or resulting from any of the following is excluded:

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

1) Electrical or electronic wire, device, appliance, system or network; or

2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

a) Electrical current, including arcing;

b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

c) Pulse of electromagnetic energy; or

d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

10. **Electronic Data Exclusion**

a. Loss or damage caused by exposure to cyber liability.

b. Loss, damage destruction, distortion, erasure, corruption, alteration, loss of use, reduction in functionality, cost, or expense caused by or resulting from a *computer virus* is excluded.

Copyright material from
© Insurance Services Office, Inc., 2011

c. However, if a Covered Cause of Loss results from any of the matters described in this Electronic Data Exclusion paragraphs a. and b. above, this policy, subject to all its terms, conditions and exclusions, will cover sudden and accidental physical damage occurring during the policy period to property insured by this policy directly caused by such Covered Cause of Loss.

**11. Electronic Date Recognition Exclusion**

Loss, damage, cost, claim or expense is excluded, whether preventative, remedial or otherwise, directly or indirectly arising out of or relating to:

a. the calculations, comparison, differentiation, sequencing or processing of data involving any date change, including leap year calculations, by any computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the it is your property or not; or

b. any change, alteration or modification involving any other date change, including leap year calculations, to any such computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the Insured or not.

c. This clause applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, cost, claim or expense.

**12. *Equipment Breakdown* or *Explosion* Exclusion**

Loss or damage caused by *equipment breakdown* or *explosion* is excluded.

**13. *Equipment Breakdown* to Vehicles Exclusion**

Loss or damage caused by *equipment breakdown* to vehicles (or any equipment on vehicles), draglines, cranes, excavation or construction equipment is excluded.

**14. Equipment Testing Exclusion**

Loss or damage caused by hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment is excluded unless physical damage not excluded by this policy results.  In this event, this policy will cover only such resulting damage.

**15. Erosion Exclusion**

Loss or damage caused by erosion of graded or planted finish or rough grades which results from normally expected or predictable precipitation and surface water runoff is excluded.

**16. Fines or Penalties Exclusion**

Costs, expenses, fines or penalties incurred or sustained by or imposed on you at the order of any government agency, court or other authority arising from any cause whatsoever are excluded.

**17. *Flood* Exclusion**

Loss or damage caused by *flood* is excluded.

**18. Fraudulent or Dishonest Act or Acts Exclusion**

Loss or damage from any Fraudulent or Dishonest Act or Acts intended to result in financial gain, loss or damage to Covered Property committed alone or in collusion with others: by any proprietor, partner, director, trustee, officer or employee of yours (including leased employees); or by any party to whom the property may have been entrusted (other than a carrier for hire) is excluded.

**19. Fungus, Mold(s), Mildew, Spore(s), Yeast or Toxins Exclusion**

Loss or damage in the form of, caused by, arising out of, contributed to, or resulting from *fungus, mold(s), mildew, spore(s) or yeast* or toxins created or produced by or emanating from *such fungus, mold(s), mildew, spore(s) yeast* or toxins is excluded. However, this exclusion shall not apply provided you establish that the *fungus, mold(s), mildew, spores yeast* or toxins is a direct result of a covered

Copyright material from
© Insurance Services Office, Inc., 2011

loss from a Covered Cause of Loss or *Flood* (provided *Flood* is a Covered Cause of Loss) and as a condition of coverage under this policy, this loss is reported within twelve (12) months from the expiration date of the policy, and the Limit of Insurance shall then be limited to the Sublimits on the Additional Coverages and Sublimits Endorsement.

20. **Government Authority Seizure Exclusion**

Loss or damage due to seizure or destruction of property by order of governmental authority is excluded.  However, coverage is provided for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire is a Covered Cause of Loss.

21. **Ground Water Seepage Exclusion**

Loss or damage from water under the ground surface pressing on, or flowing or seeping through:

a.  Foundations, walls, floors or paved surfaces;

b.  Basements, whether paved or not; or

c.  Doors, windows or other openings

is excluded.

22. **High Hazard Exclusion**

Loss or damage from explosives, fireworks, or high hazard material stored or maintained on the property is excluded.

23. **Hot Testing Exclusion**

Loss or damage from Hot Testing is excluded.

Hot Testing;

a.  which means:

1)  Startup, commissioning or performance testing;

2)  Any testing involving the introduction of flammable or explosive feedstock or similar media beginning when such feedstock is first introduced; or

3)  The rotational operation of any turbine or generator, except for rotational operation by turning gear only when the turbine or generator is not energized.

b.  Hot Testing does not mean the startup, commissioning or performance testing of:

1)  Heating;

2)  Cooling;

3)  Air handling; or

4)  Electrical systems that are part of building systems.

24. **Infestation, Disease, Freeze, Drought, Weight of Ice or Snow or any Damage Caused by Insects, Vermin, Rodents or Animals Exclusion**

Loss or damage caused by the infestation, disease, freeze, drought, weight of ice or snow or any damage caused by insects, vermin, rodents or animals is excluded.

25. **Lack of Utility Supply Exclusion**

Loss or damage caused by the lack of incoming electricity, fuel, water, gas, steam, refrigerant, or outgoing sewerage, or incoming or outgoing data or telecommunications all of which are caused by an *occurrence* away from any *location* insured under this policy, unless specifically provided and only to the extent provided is excluded.

26. **Loss Due to Virus or Bacteria Exclusion**

Copyright material from
© Insurance Services Office, Inc., 2011

    a.   The exclusion set forth in subparagraph b. below, applies to all coverage under all forms and endorsements that comprise this policy, including but not limited to forms or endorsements that cover property damage to building(s) or personal property and forms or endorsements relating to Business Income Coverages.

    b.   Loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease is excluded.

        However, this exclusion does not apply to loss or damage caused by or resulting from *fungus*, *mold(s), mildew, spore(s) or yeast*. Such loss or damage is addressed in a separate exclusion in this policy.

        1)   With respect to any loss or damage subject to the exclusion in subparagraph b. above, such exclusion supersedes any exclusion relating to *pollutants or contaminants*.

        2)   The terms of the exclusion in subparagraph b. above, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded by this policy.

## 27. Manufacturing Damage to Stock or Materials Exclusion

Loss or damage attributable to manufacturing or processing operations which result in damage to *stock* or materials while such *stock* or materials are being processed, manufactured, tested or otherwise being worked upon is excluded; unless physical damage not excluded by this policy results. In this event, this policy shall cover only such resulting damage.

## 28. Mysterious Disappearance Exclusion

Mysterious disappearance, loss, or shortage disclosed on taking inventory or any unexplained losses is excluded.

## 29. Nuclear, Biological, Chemical and Radiological Exclusions

Loss, damage, cost or expense, whether real or alleged, that is caused by, results from, is exacerbated by, or otherwise impacted by, either directly or indirectly, from any of the following is excluded:

    a.   Nuclear Hazard - including, but not limited to, nuclear reaction, nuclear detonation, nuclear radiation, radioactive contamination and all agents, materials, products or substances, whether engineered or naturally occurring;

    b.   Biological Hazard - including, but not limited to, any biological and/or poisonous or pathogenic agent, material, product or substance, whether engineered or naturally occurring, that induces or is capable of inducing physical distress, illness, or disease;

    c.   Chemical Hazard - including, but not limited to, any chemical agent, material, product or substance; or

    d.   Radioactive Hazard - including, but not limited to, any electromagnetic, optical, or ionizing radiation or energy, including all generators and emitters, whether engineered or naturally occurring.

The provisions of subparagraphs b, c, and d above will not apply where the agent, material, product or substance at issue is utilized in the course of business by you.

Only if, and to the extent required by state law, the following exception to the exclusions in subparagraph a. applies:

        If a hazard excluded under subparagraph a above results in fire (and provided fire is a Covered Cause of Loss), this policy will pay for the loss, damage, cost or expense caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected Covered Property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. This coverage does not apply to insurance provided under Business Income Coverages, including but not limited to, Business Income, *Rental Value* or Extra Expense coverage or endorsements that apply to those coverages.

Copyright material from
© Insurance Services Office, Inc., 2011

30. **Pollution / Contamination Exclusion**

Except as otherwise specifically provided in Additional Coverages,

a. any loss, damage, cost or expense,

b. any increase in insured loss, damage, cost or expense, and / or

c. any loss, damage, cost, expense, fine or penalty, which is incurred, sustained or imposed by order, direction, instruction or request of, or by any agreement with, any court, government agency or any public, civil or military authority, or threat, (and whether or not as a result of public or private litigation),

which arises from any kind of seepage or any kind of pollution and/or contamination, or threat, whether or not caused by or resulting from a peril insured, or from steps or measures taken in connection with the avoidance, prevention, abatement, mitigation, remediation, clean-up or removal of such seepage or pollution and/or contamination or threat is excluded.

The term "any kind of seepage or any kind of pollution and/or contamination" as used in this clause includes (but is not limited to):

a. seepage of, or pollution and/or contamination by, anything, actual, alleged or threatened release, discharge, escape or dispersal of *pollutants or contaminants*, all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any sudden and accidental direct physical loss or damage from a Covered Cause of Loss insured by this policy including but not limited to, any material designated as a "hazardous substance" by the United States Environmental Protection Agency or as a "hazardous material" by the United States Department of Transportation, defined as a "toxic substance" by the Canadian Environmental Protection Act for the purposes of Part II of that Act, or any substance designated or defined as toxic, dangerous, hazardous or deleterious to persons or the environment under any other Federal, State, Provincial, Municipal or other law, ordinance or regulation; and

b. the presence, existence, or release of anything which endangers or threatens to endanger the health, safety or welfare of persons or the environment.

31. **Pre-Existing Damage Exclusion**

Loss or damage arising out of pre-existing damage as outlined below is excluded:

a. A building or any part of a building that is in danger of *collapse*, falling down or caving in,

b. Any part of a building that has separated from another part of the building, or

c. A building or any part of a building that is standing which shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

32. **Property in the Open Exclusion**

Loss or damage from rain, snow, ice or sleet to personal property in the open is excluded.

33. **Rain, Snow, Sleet, Sand or Dust Exclusion**

Loss or damage caused by rain, snow, sleet, sand or dust to the interior of a building or property contained in a building is excluded unless a covered peril first damages the building causing an opening in a roof or outside wall, door or window and the rain, snow, sleet, sand or dust enters through this opening.

34. **Remote or Consequential Loss or Damage Exclusion**

Remote or consequential loss or damage, including but not limited to liquidated damages, performance penalties, penalties for non-completion, delay in completion, or noncompliance with contract conditions whether caused by an insured peril or otherwise is excluded. This exclusion does not apply to Business Income Coverages when it is covered under this policy.

35. **Smoke and Smog Exclusion**

Copyright material from
© Insurance Services Office, Inc., 2011

Loss or damage caused by smog, smoke, vapor or gas from agricultural smudging or industrial operations is excluded.

36. **Subsidence, *Sinkhole Loss* and Settling Exclusion**

Loss or damage from subsidence, *sinkhole loss*, settling, cracking, shrinking, bulging, or expansion of pavements, foundations, walls, floors, or ceilings is excluded unless physical damage not excluded by this policy results.

37. **Tenant Relocation Cost Exclusion**

The cost or expense to move your tenants to a temporary *location* due to the Covered Property becoming uninhabitable or unusable is excluded.

38. **Terrorism Exclusion**

Loss, damage, cost or expense of any nature directly or indirectly caused by, resulting from or in connection with any act of terrorism, regardless of any other cause or event contributing concurrently or in any other sequence to the loss is excluded.

For the purpose of this exclusion, an "act of terrorism" means an act, including but not limited to the use of force or violence and/or the threat, of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organization(s) or government(s), committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

This clause also excludes loss, damage, cost or expense of any nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to any act of terrorism.  Such loss or damage is excluded regardless of any other cause, event or intervention that contributes concurrently or in sequence to the loss or damage.

When coverage is denied due to this exclusion, any loss, damage, cost or expense is not covered by this insurance and it is agreed the burden of proving the contrary shall be upon you.

In the event, any portion of this exclusion is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

39. **Vegetated Roof Exclusion**

Loss or damage to lawns, trees, shrubs or plants which are part of a vegetated roof is excluded when caused by or resulting from:

a. Dampness or dryness of atmosphere or of soil supporting the vegetation;

b. Changes in or extremes of temperature;

c. Disease;

d. Frost or hail; or

e. Rain, snow, ice or sleet

40. **Voluntary Parting with Title or Possession Exclusion**

Loss, damage, cost or expense from the voluntary parting with the title or possession of any property including voluntary parting which is the result of any fraudulent scheme, trick, devise, false pretenses, or any other similar act is excluded.

41. **War or Warlike Action Exclusions**

Damage, loss, cost or expense from the following is excluded:

a. War, hostile or warlike action in time of peace or war, whether or not declared, including action in hindering, combating, or defending against an actual, impending, or expected attack:

   1) By any government or sovereign power (de jure or de facto) or by any authority maintaining or using military, naval, or air forces;

Copyright material from
© Insurance Services Office, Inc., 2011

2) By military, naval, or air forces; and / or

3) By an agent of any such government, power, authority, or force;

b. Any weapon of war employing atomic fission or radioactive force, whether in time of peace or war, whether or not its discharge was accidental; and / or

c. Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating, or defending against such *occurrence*, seizure or destruction;

Including any consequence of Subparagraphs a.1., a.2., a.3., above.

42. **Warranty Exclusion**

Loss, damage, cost, or expense covered under any express or implied guarantee or warranty from a manufacturer or supplier, whether or not such manufacturer or supplier is a Named Insured under this policy, is excluded.

43. **Wear and Tear Exclusion**

Loss or damage from wear and tear is excluded.

44. **Wiring Exclusion**

We will not pay for loss or damage caused by or resulting from the existence/use of pigtail wiring, aluminum wiring or Federal Pacific Electrical Panels.

E. **Limits of Insurance**

The total maximum limit in any one *occurrence* as a result of a Covered Cause of Loss regardless of the number of *location(s)*, coverages, or perils insured under this policy shall not exceed the lesser amount of the Actual Loss Sustained or the limit provided on the Declarations, Locations and Building Detail section, after the application of any Deductible.

The Sublimits of Insurance as stated on the Additional Coverages and Sublimits Packages Endorsement, are included within, and not in addition to the Limit of Insurance. The Sublimits of Insurance and the specified limits of insurance contained in the forms, endorsements and extensions attached, if any, are per *occurrence*, unless otherwise indicated.

If the word "No" is shown on the Declarations Coverage Information Section – Coverages Selected, then no coverage is provided for that coverage or Covered Cause of Loss.

F. **Deductible**

If the amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

A *Catastrophe* Deductible will apply to the covered perils of wind & hail *catastrophes* and ALL *flood* and / or *earthquake losses*, with a minimum *occurrence* deductible of $2,500. A *Catastrophe* Deductible applies as an aggregate percentage of the total of all Coverages (A, B, C and D) at the damaged location, on a per occurrence basis.

The *Catastrophe* Deductible amount will be determined by multiplying the percentage in the Declarations by the aggregate sum of Coverage A, Coverage B, Coverage C and Coverage D values for each location as defined in the Building Details in the Declaration and applying the policy percentage for the *Catastrophe* Deductible to that amount to determine the applicable deductible.

If two or more locations are indicated in the Declarations, then the applicable *Catastrophe* Deductible will be applied separately at each location against the sum of all losses or damages incurred at each location on a per *occurrence* basis.

An All Other Wind and Hail Deductible will apply to all other wind and hail losses that are not caused by a *catastrophe* (per *occurrence*.)  A deductible of $5,000 per *occurrence* will apply to all policies with less than

SMB 300 2010 CW
ALL COMMERCIAL
PROPERTY

Copyright material from
© Insurance Services Office, Inc., 2011

**Page 23 of 39**

$500,000 in Total Insured Value (TIV) for Coverages A, B, C and D total.  A deductible of $10,000 per *occurrence* will apply to all policies with $500,000 or more TIV for Coverages A, B, C and D total.  Only one All Other Wind Deductible will apply per *occurrence.*

An All Other Peril Deductible will apply if the covered perils are other than wind, hail, *flood* and / or earthquake. The All Other Peril Deductible applies per *occurrence.*

## G.  Policy Conditions

1.  **Assignment**

   You may not assign this policy without prior written consent from us.

2.  **Cancellation and Additions or Deletions**

   a.  If we do not receive any payment for this policy, there is no contract or coverage and a flat cancellation will be issued.

   b.  This policy can be canceled by you by providing:

      1)  An advanced written request for cancellation stating when the cancellation shall be effective; and

      2)  The original policy or a lost policyholder release signed by you or your legal representative.

      3)  Minimum earned premium may apply per Minimum Earned Premium Endorsement SMB 415.

   c.  We may cancel this policy by giving you at least 30 days written notice of cancellation, plus 3 days mail time for all cancellation reasons except mid-term non-payment of premium.

   d.  We may cancel this policy by giving you at least 10 days written notice of cancellation plus 3 days mail time for mid-term non-payment of premium.

   e.  The cancellation will be effective even if a refund has not been made or offered.

   f.  If you cancel this policy, we will send you any premium refund due per the cancellation provisions affixed to this policy.

   g.  Additions and Deletions:

      1)  Coverage cannot be increased, nor additional *locations* added, if a *catastrophe* is in existence, unless with our express written consent.

      2)  Nothing will act to provide coverage for the Newly Acquired Property

         a)  beyond a period of sixty (60) days from the date of acquisition or lease of such property or

         b)  when we notify you that we will not bind the Newly Acquired policy.

   h.  Proof of mailing will be sufficient proof of notice of cancellation.

3.  **Control of Property**

   Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

   The breach of any condition of this policy at any one or more locations will not affect coverage at any *location* where, at the time of loss or damage, the breach of condition does not exist.

4.  **Currency**

   Any amount of money specified in the policy, including Limits of Insurance, Deductibles and Premiums shall be in the currency of the United States of America.

5.  **Increase in Hazard**

   If the circumstances in which this insurance was entered shall be altered or if the risk shall be materially

Copyright material from
© Insurance Services Office, Inc., 2011

**SMB 300 2010 CW ALL COMMERCIAL PROPERTY**

increased, you shall give us notice as soon as possible.

6. **Inspection and Audit**

You shall permit inspections of all Covered Property at reasonable times during this policy period. Neither the right to make inspections, nor making inspections nor any report on behalf of or your benefit or others, will warrant that such property is safe or healthful or that the operations comply with any law, rule, or regulation.

You shall also permit examination and audit of your books and records at any reasonable time during the policy period and within one year after the policy termination, if such examination and audit relate to the subject matter of this policy.

7. **Legal Action Against Us**

No person or organization may commence, bring or cause to be commenced, or bring legal action, claim, demand or suit against us unless:

a. There has been full compliance with all terms and conditions and the terms; and

b. The legal action, claim, demand or suit is brought within two (2) years after the date of the *occurrence* or event which occasioned the sudden and accidental direct physical loss or damage from a Covered Cause of Loss or within the shortest limit of time permitted by applicable laws.

Damages outside the terms and conditions of this policy and more than the policy sublimits and limits will not be paid.  Any settlements agreed to will be signed by all parties involved and will release us of all future liability.

8. **Location and Building Details**

The *locations* and buildings, as provided by you at policy inception and each subsequent anniversary date of this policy, as listed on the Location and Building Detail, of the Declarations, shall consist 100% of the Property and Business Income Values for all insured *locations*.

Such values shall be reported separately for each *location*, with separate figures shown for each type of coverage at each *location*. The property values shall be shown on a *replacement cost* basis for property which is covered on a *replacement cost* basis and on an *actual cash value* basis for other property. The value of *stock* and supplies to be included in the property values shall be in accordance with the Loss Settlement Conditions clause contained in this policy and shall be based on the approximate average of the *stock* and supplies on hand during the twelve months immediately preceding the annual review of values. Business Income Values (if covered) shall be provided in accordance with the terms of the applicable Business Income Coverages provisions.

9. **Misrepresentation and Fraud**

This entire policy shall be void if you have

a. willfully concealed or misrepresented any material fact or circumstance; and / or

b. committed fraud, or false swearing as it relates to this policy.

10. **No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

11. **Other Insurance/ Excess Insurance / Underlying Insurance**

If there is Other Insurance covering the same loss or damage insured under this policy, then this policy shall apply only as excess and in no event as contributory insurance (unless this policy is specifically written to be contributory insurance), and then only after all other insurance has been exhausted, whether or not such insurance is collectible, but in no case, more than the Sublimits or Limits of Insurance. Permission is granted for you to purchase Excess Insurance over the limits provided by this policy, and underlying insurance on all or any part of the Deductibles of this policy.

Copyright material from
© Insurance Services Office, Inc., 2011

12. **Reinstatement of Limits**

Except for any Covered Cause of Loss which is subject to an annual aggregate limit or Sublimit of Insurance, payment of a claim will not reduce the amount payable under this policy for any subsequent covered loss.

13. **Several Liability Clause**

Our Limit of Insurance under this policy for covered losses is several and not joint with other insurers party to this contract. We are liable only for the proportion of insurance we have underwritten. We are not jointly liable for the proportion of insurance underwritten by any other insurer. Nor are we otherwise responsible for any liability of any other insurer that may underwrite this policy.

Our liability may not be increased if any other insurer or other party to this contract who for any reason does not satisfy all or part of its obligations.

14. **Titles of Paragraphs**

The titles of the various paragraphs of this policy (and of endorsements included in this policy) are solely for reference and shall not in any way affect the provisions to which they relate.

15. **Vacancy**

a. Description of Terms

1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

i. Rented to a lessee or sub lessee and used by the lessee or sub lessee to conduct its customary operations; and/or

ii. Used by the building owner to conduct customary operations.

2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

a) Vandalism;

b) Sprinkler leakage, unless you have protected the system against freezing;

c) Building glass breakage;

d) Water damage;

e) Theft; and / or

f) Attempted theft.

2) With respect to Covered Causes of Loss other than those listed in the Vacancy Provisions paragraphs above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

H. **Property Loss Conditions**

Copyright material from
© Insurance Services Office, Inc., 2011

The following Property Loss Conditions apply:

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Adjustment of Loss and Named Insured Clause**

   This policy contains all the agreements between you and us concerning the insurance afforded.  The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

   The first Named Insured shown in the Declarations is responsible for the payment of all premiums.

   If this policy insures more than one entity, the First Named Insured is authorized to act on behalf of all other insureds with respect to their rights, obligations and duties under this policy. Payment of loss or return premium under this policy shall constitute payment under this policy with respect to all insureds.

3. **Appraisal**

   Appraisal applies after we confirm that the damage due to a loss is covered.  If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser within 20 days. The two appraisers will select an umpire. If they cannot agree within 20 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   Appraisers and umpires are not authorized to determine if coverage, exclusions, conditions and any other contractual issues exist between us.  If there is an appraisal, we will still retain our right to deny the claim. The appraisal award cannot be used by either party in any proceedings concerning coverage, exclusions, conditions or any other contractual issues.

4. **Arbitration Clause**

   All matters in dispute between you and us (referred to in this policy as "the parties") in relation to this insurance, including this policy's formation and validity, and whether arising during or after the period of this insurance, shall be referred to an Arbitration Tribunal in the manner described below.

   Unless the parties agree upon a single disinterested or impartial Arbitrator within thirty (30) days of one party receiving a written request from the other for Arbitration, the Claimant (the party requesting Arbitration) shall appoint his or her disinterested or impartial Arbitrator and give written notice to the Respondent (the party receiving notice of Arbitration). Within thirty (30) days of receiving such notice from the Claimant, the Respondent shall appoint his or her Arbitrator and give written notice to the Claimant

    If the two Arbitrators fail to agree on the selection of the disinterested or impartial umpire within thirty (30) days of the appointment of the second named Arbitrator, each Arbitrator shall submit to the other a list of three Umpire candidates, each Arbitrator shall select one name from the list submitted by the other and the Umpire shall be selected from the two names chosen by a lot drawing procedure to be agreed upon by the Arbitrators. Unless the parties otherwise agree, the Arbitration Tribunal shall consist of disinterested or impartial persons presently or formerly employed or engaged in a senior position in insurance underwriting or claims.

   The Arbitration Tribunal shall have power to fix all procedural rules for the holding of the Arbitration including discretionary power to make orders which it may consider proper in the circumstances of the case, regarding pleadings, discovery, inspection of documents, examination of witnesses and any other

Copyright material from
© Insurance Services Office, Inc., 2011

matter relating to the conduct of the Arbitration and may receive and act upon such evidence whether oral or written strictly admissible or not as it shall think fit.

All costs of the Arbitration shall be in the discretion of the Arbitration Tribunal who may direct to, and by whom, and in what manner they shall be paid.

Any Arbitration hearing shall take place in Nashville, Tennessee, unless some other locale is agreed by the Arbitrator or Arbitration Tribunal.

The Arbitration Tribunal may not award exemplary, punitive, multiple or other damages of a similar nature.

The award of the Arbitration Tribunal shall be in writing and binding. If either of the parties should fail to carry out any award the other may apply for its enforcement to a court of competent jurisdiction in any territory in which the party in default is domiciled or has assets or carries on business.

5. **Brands and Labels**

If branded or labeled merchandise covered by this policy is physically damaged and we elect to take all or any part of such merchandise at the value established by the terms of this policy, you may, at your own expense, stamp "SALVAGE" on the merchandise or its containers, or may remove or obliterate the brands or labels, if such stamp, removal or obliteration will not physically damage the merchandise. You must relabel the merchandise or containers in compliance with the requirements of law.

6. **Control of Damaged Merchandise**

Exercising reasonable discretion, you shall be the sole judge as to whether the goods involved in any loss under this policy are fit for normal intended use or consumption. No goods deemed by you to be unfit for consumption shall be sold or otherwise disposed of except by you or with your consent, but you shall allow us any salvage obtained by you on any sale or other disposition of such goods. You shall have full right to the possession of and retain control of all goods involved in any loss under this policy.

7. **Divisible Contract**

Subject to 16.c.17. Mortgage holders Section below, if the *locations* described in this policy include two or more buildings or the contents of two or more buildings, the breach of any condition of this policy in respect to any one or more of the buildings insured or containing the Covered Property, shall not prejudice the right to recover for physical loss or damage occurring in any building insured or containing the Covered Property where, at the time of such loss or damage, a breach of condition does not exist.

8. **Duties in the Event of Loss or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

   1) Notify the police if a law may have been broken.

   2) Give us prompt notice of the loss or damage, including a description of the property involved.

   3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

   4) Take all reasonable steps to protect the Covered Property from further damage, mitigate additional losses (e.g. Business Income), and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   5) At our request, give us complete inventories of the damaged and undamaged property, including quantities, costs, values and amount of loss claimed.

   6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Copyright material from
© Insurance Services Office, Inc., 2011

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 90 days after our request and include the following:

   a. The time and origin of the loss;

   b. Your interest and the interest of all others in the property;

   c. The value of each item determined in accordance with the Loss Settlement Conditions of this policy, the amount of loss, and all related encumbrances;

   d. All other contracts of insurance, whether collectible or not, covering any of said property; and

   e. Any changes in the title, use, occupation, *location*, possession, or exposures of Covered Property after the issuance of this policy, by whom and for what purpose any building described and the several parts were occupied at the time of loss, and whether or not it then stood on leased ground.

8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

9. **Protection and Preservation of Property**

In case of actual or imminent sudden and accidental direct physical loss or damage by a Covered Cause of Loss, the expenses incurred by you in taking reasonable and necessary actions for the temporary protection and preservation of Covered Property shall be added to the total physical loss or damage otherwise recoverable under this policy and be subject to the applicable Deductible, Sublimit of Insurance, and policy limit.

10. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

11. **Salvage and Recoveries**

All Business Income Values, *Replacement Cost* Basis, Recoveries and payments, excluding proceeds from subrogation and underlying insurance recovered or received prior to a loss settlement under this policy, shall reduce the loss accordingly.

12. **Settlement of Claims**

The amount of loss under this policy shall be payable within thirty (30) days after valid proof of loss is received, accepted, and ascertainment of the amount of loss is made either by agreement with you or an amount is determined by binding Arbitration in accordance with the provisions of this policy.

We shall have the option to take all or any part of the property at the agreed or arbitrated value, or to repair, rebuild or replace the property physically lost or damaged with other of like kind and quality, within a reasonable time, on giving notice of its intention to do so within sixty (60) days after receipt of the proof of loss required.

13. **Subrogation**

An assignment of all rights of recovery against any party for loss may be required from you to the extent that payment has been made, but the assignee shall not acquire any rights of recovery which you have expressly waived in writing prior to loss nor shall such waiver in writing affect your rights

Copyright material from
© Insurance Services Office, Inc., 2011

under this policy. We waive the rights of recovery against any Mortgagee listed on the Declaration. However, notwithstanding the foregoing, we shall be subrogated to all your rights of recover against:

a.  any Architect or Engineer, whether named as a Named Insured or not, for any loss or damage arising out of the performance of professional services in their capacity as such and caused by an error, omission, deficiency or act of the Architect or Engineer, by any person employed by them or by any others for whose acts they are legally liable, and

b.  any manufacturer or supplier of machinery, equipment or other property, whether named as a Named Insured or not, for the cost of making good any loss or damage which said party has agreed to make good under a guarantee or warranty, whether expressed or implied.

Any recovery as a result of subrogation proceedings arising out of an *occurrence*, after expenses incurred in such subrogation proceedings are deducted, shall accrue in the proportion that the Deductible amount and/or any provable uninsured loss amount bears to the entire provable loss amount.

You will cooperate with us and, upon our request, will:

a.  Attend hearings and trials; and

b.  Assist in effecting settlements, securing and giving evidence, obtaining the attendance of witnesses, and conducting suits.

### 14.  Transfer of Rights of Recovery Against Others to Us

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. You may waive your rights against another party in writing:

a.  Prior to a loss to your Covered Property.

b.  After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

1)  Someone insured by this insurance;

2)  A business firm:

a)  Owned or controlled by you; or

b)  That owns or controls you; or

3)  Your tenant.

This will not restrict your insurance.

### 15.  Undamaged Material

We will not pay to replace undamaged material due to mismatched material between undamaged material and new material used to repair or replace damaged material.  We do not cover the loss in value to any property due to mismatched material between undamaged material and new material used to repair or replace damaged material.

### 16.  Loss Settlement Conditions

We will pay no more than the *actual cash value* of covered damages until actual repair or replacement is complete. Once actual repair or replacement is complete, we will pay the applicable and supported *replacement cost* up to, but not in excess of, any applicable policy limits.

However, if the cost to repair or replace the damage is less than $5,000, we will pay the *replacement cost* up front without deduction(s) for depreciation.

The amount of loss under this policy shall be payable within thirty (30) days after the required proof of loss is received and accepted.  Ascertainment of the amount of loss is made either by agreement with you or an amount is determined by binding Arbitration in accordance with the provisions of this policy.

Copyright material from
© Insurance Services Office, Inc., 2011

We shall have the option to take all or any part of the property at the agreed or arbitrated value, or to repair, rebuild or replace the property physically lost or damaged with other of like kind and quality, within a reasonable time, on giving notice of its intention to do so within sixty (60) days after receipt of the proof of loss herein required.

We will determine the value of Covered Property in the event of loss or damage as follows:

a. The total maximum limit paid in any one *occurrence* as a result of a Covered Cause of Loss regardless of the number of *locations*, coverages, or perils insured under this policy shall not exceed the lessor amount of the Actual Loss Sustained or the limit provided on the Declarations, Locations and Building Detail section, after the application of any Deductible.

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

c. Unless otherwise endorsed, the property, as described below, will be valued as follows:

1) Accounts Receivable: the amount owed to you which you are unable to collect from customers, and shall include:

   a) Any collection expenses over and above the normal collection costs;

   b) Interest charges on any loan to offset impaired collections pending repayment of such sums that cannot be collected; and

   c) Other reasonable and necessary expenses incurred by you to recreate Accounts Receivable records.

   Unearned interest and service charges on deferred payment accounts and normal credit/losses on bad debts shall be deducted in determining the recovery.

   After payment of loss, all amounts you recover on Accounts Receivable for which you have been paid will belong to and will be paid to us up to the total amount of loss paid. All recoveries more than such amounts will belong to you.

   In the event it is possible to reconstruct your Accounts Receivable records after they have been physically lost or damaged, so that no shortage in collection of Accounts Receivable is sustained, the only recoverable loss will be the costs of the material and the time required to reconstruct such records, with the exercise of due diligence and dispatch, but only to the extent that such amounts are not covered by any other insurance.

2) Contractor's tools, machinery (including spare parts and accessories), equipment and vehicles (if covered): will be valued at *actual cash value*, unless an agreed value applies.

3) Electronic Data and Media: the cost of the blank media, plus the costs of copying the Electronic Data and Media from back-up or from originals of a previous generation. These costs will not include research and engineering nor any costs of recreating, gathering or assembling such Electronic Data and Media. If the Electronic Data and Media is not repaired, replaced or restored, the basis of valuation shall be the cost of the blank media. However, this policy does not insure any amount pertaining to the value of such Electronic Data and Media to you or any other party, even if such Electronic Data and Media cannot be recreated, gathered or assembled.

4) *Fine arts*:

   a) The value of the *Fine Arts* shall be the lesser of:

      i. The cost to repair or replace the *Fine Arts*, or

      ii. The appraised value, which will be determined as of the time of the loss.

         (a) If a *Fine Arts* article is part of a pair or set, and a physically damaged article cannot be replaced, or cannot be repaired or restored to the condition that existed immediately prior to the loss, the appraised value will be used in the settlement of such pair or set. You will surrender the damaged pair or set.

Copyright material from
© Insurance Services Office, Inc., 2011

5) Finished Goods manufactured by you: the regular cash selling price at the *location* where the loss occurs, less all discounts and charges to which the merchandise would have been subject had no loss occurred.

6) Jigs and Fixtures, dies, small tools, patterns, employees' jigs and fixtures personal property; and jigs and fixtures personal property of third parties: the *replacement cost* if *replacement cost* values have been reported and if replaced; otherwise the *actual cash value*, but not to exceed the cost to repair or replace the property with material of like kind and quality.

7) Leasehold Improvements and Betterments:

a) If repaired or replaced at your expense within two (2) years after the date of the loss, the cost to repair or replace the damaged improvements and betterments.

b) If not repaired or replaced within two (2) years after the date of the loss, a proportion of your original cost.

The proportionate value will be determined as follows:

i. Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

ii. Divide the amount determined in subparagraph i. above by the number of days from the installation of improvements to the expiration of the lease.

iii. If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure; or

c) Nothing, if others pay for repairs or replacement.

8) A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, Loss Settlement Conditions and all other provisions and conditions of this policy. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer of Rights of Recovery Against Others to Us Condition in this policy.

9) Property for Sale: If, at the time of the loss, any real property is being offered for sale, the loss or damage to such property will be valued at the lesser of:

a) The cost to repair or replace the damaged property, or

b) The price at which the property is offered for sale less the market value of the *land*.

10) Raw materials, supplies and other merchandise not manufactured by you: the *replacement cost*.

11) *Stock* in Progress: the cost of raw materials and labor expended, plus the proper proportion of overhead charges.

12) Business Income Value is determined by calculating the "Average Daily Value" (ADV). ADV means the total 100% Business Income Value that would have been projected for the Period of Interruption for the *locations* where the physical loss or damage occurs, had no physical loss or damage occurred, divided by the number of working days in such Period of Interruption. The sum shall include all Business Income Values to which the operations of the *locations* directly or indirectly contribute.

13) Valuable Papers and Records: the cost to replace or restore the property with like kind and quality including the cost to research, gather and assemble information. If not replaced, this

Copyright material from
© Insurance Services Office, Inc., 2011

policy will only pay the blank value of the Valuable Papers and Records.

14) All Other Property: Will be valued at *replacement cost* if replaced; otherwise, will be valued at the *actual cash value*, but not to exceed the cost to repair or replace the property with material of like kind and quality.

With respect to Subparagraphs 1 through 14, inclusive, unless otherwise specifically stated, the valuations will be computed at the time and place of the loss.

15) The following property will always be valued at the *actual cash value*, even when attached to the building:

    a) Awnings or floor coverings;

    b) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; and / or

    c) Outdoor equipment or furniture.

16) Glass at the cost of replacement with safety-glazing material if allowed by law.

17) Mortgage holders

    a) The term mortgage holder includes trustee.

    b) We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

    c) The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

    d) If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

        i. Pays any premium due under this policy at our request if you have failed to do so;

        ii. Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        iii. Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

    All the terms of this Coverage Part will then apply directly to the mortgage holder.

    e) If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

        i. The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

        ii. The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

    At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

    f) If we cancel this policy, we will give written notice to the mortgage holder at least:

        i. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

        ii. 30 days before the effective date of cancellation if we cancel for any other reason.

    g) If we elect not to renew this policy, we will give written notice to the mortgage holder at least 30 days before the expiration date of this policy.

Copyright material from
© Insurance Services Office, Inc., 2011

**SMB 300 2010 CW ALL COMMERCIAL PROPERTY**

## I.   Definitions

1. ***Actual Cash Value*** means the amount it would cost to repair or replace Covered Property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. *Actual cash value* applies to valuation of Covered Property regardless of whether that property has sustained partial or total loss or damage.

   The *actual cash value* of the lost or damaged property may be significantly less than its *replacement cost*.

2. ***Actual Total Loss*** means a loss that occurs when the insured property is totally destroyed or damaged in such a way that it can be neither recovered nor repaired for further use.

3. A ***Catastrophe*** will be defined by the issuance of an ISO Catastrophe Bulletin.

4. ***Catastrophic Ground Cover Collapse*** means geological activity that results in all of the following:

   a. The abrupt collapse of the ground cover;

   b. A depression in the ground cover clearly visible to the naked eye;

   c. Structural damage to the building, including the foundation; and

   d. The insured building being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

5. ***Cloud computing*** means on-demand network access to a shared pool of computing resources via networks, servers, storage, applications and services provided by an organization with whom you have a contract with using the following service models: Software as a Service (SaaS), Platform as a Service (PaaS) and Infrastructure as a Service (IaaS) on the following deployment models: public cloud, community cloud, hybrid cloud and private cloud.

6. ***Collapse*** means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

7. ***Computer equipment*** means is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment and electronic media and records.

8. ***Computer virus*** means a set of corrupting, harmful or otherwise unauthorized instructions or code including a set of maliciously introduced unauthorized instructions or code, programmatic or otherwise, that propagate themselves through a computer system or network of any nature. *Computer Virus* includes, but is not limited to, "Trojan Horses," "worms" and "time or logic bombs."

9. ***Cosmetic Damage*** means any kind of marring, pitting or other superficial damage which may alter the appearance, but does not prohibit it from functioning as intended.

10. ***Earthquake*** means:

    a. Quaking, vibratory or undulating movement of a portion of the earth's crust, produced by tectonic or underground volcanic forces or by breaking, shaking, trembling or shifting of rock beneath the earth's crust.  The definition of *earthquake* does not include subsidence, landslide, rockslide, mudflow, earth rising, earth sinking, earth shifting or settling, unless as a direct result of such *earthquake.*

    b. ***Earthquake Shock*** means the sum of all your losses attributable directly from the peril of *earthquake* sustained during any period of one hundred sixty-eight (168) consecutive hours due to one *Earthquake Shock* or a series of *Earthquake Shocks.*

    c. ***Volcanic eruption***, meaning the eruption, *explosion* or effusion of a volcano, excluding tsunami. All volcanic eruptions that occur within any one hundred sixty-eight (168) hour period will constitute a single *occurrence.*

    d. Tsunami flooding, whether caused by *earthquake* or not, is not included in the *earthquake* peril.

    e. ***Earth Movement*** means:

Copyright material from
© Insurance Services Office, Inc., 2011

1) Any natural or manmade landslide, mudslide, mudflow, rock falls, including any earth sinking, rising or shifting related to such event;

2) Subsidence of a man-made mine, whether or not mining activity has ceased;

3) Earth sinking (other than *sinkhole loss* if covered elsewhere), rising or shifting, including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface;

4) Tsunami flooding is not included in *earth movement.*

5) Coverage for *earth movement* does not extend to provide coverage for Florida *catastrophic ground cover collapse* and Florida *sinkhole loss*, absent an endorsement specifying that coverage for *catastrophic ground cover collapse* and / or *sinkhole loss* is provided.

11. ***Electronic equipment*** means devices which operate using many small electrical parts such as, but not limited to, microchips, transistors or circuits.

12. ***Electronic equipment deficiency*** means the quality or condition inside of *electronic equipment* which renders this equipment unexpectedly inoperable and which is operable again once a piece of *electronic equipment* has been replaced.

However, *electronic equipment deficiency* will not include replacement of *electronic equipment* for any condition that could have been resolved without replacement of the *electronic equipment* including but not limited to *computer equipment* maintenance or the reinstallation or incompatibility of software.

13. ***Equipment Breakdown*** means:

a. Physical loss or damage both originating within:

1) Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

a) Waste disposal piping;

b) Any piping forming part of a fire protective system;

c) Furnaces; and

d) Any water piping other than

i. Boiler feed water piping between the feed pump and the boiler;

ii. Boiler condensate return piping; or

iii. Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

2) All mechanical, electrical, fiber optic equipment or "electronic equipment"; and

b. Caused by, resulting from, or consisting of:

1) Mechanical breakdown;

2) Electrical or electronic breakdown and "electronic equipment deficiency"; or

3) Rupture, bursting, bulging, implosion, or steam explosion.

However, *equipment breakdown* will not mean:

a. Physical loss or damage caused by or resulting from any of the following; however, if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

1) Wear and Tear;

2) Rust or other corrosion, decay, deterioration, hidden or latent defect, mold or any other quality in property that causes it to damage or destroy itself;

Copyright material from
© Insurance Services Office, Inc., 2011

3)  Smog;

4)  Settling, cracking, shrinking or expansion;

5)  Nesting or infestation, or discharge or release of waste products or secretions, by birds, rodents or other animals;

6)  Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;

7)  Scratching and marring.

b.  Loss, damage, cost or expense directly caused by, contributed to, resulting from, or arising out of the following causes of loss:

Fire, lightning, combustion, *explosion*, windstorm or hail, weight of snow, ice or sleet, freezing, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, *sinkhole loss, collapse*, *earthquake,* leakage from fire extinguishing equipment, water, water damage, or *flood*.

14.  **Explosion** means a sudden, accidental and destructive shattering or eruption. *Explosion* does not include loss or damage occasioned by or incident to explosion in or relating to the following equipment you own, operate or control:

a.  Steam boiler, steam turbines, steam engines, and steam pipes interconnecting any of the foregoing;

b.  Moving or rotating machinery or parts when direct loss or damage is caused by centrifugal force or mechanical breakdown;

c.  Combustion gas turbines;

To the extent of the loss to products; any products you manufacture or other property attached to these products or forming a part of these products, including those products and property undergoing pressure tests. *Explosion* will include loss or damage arising or resulting from:

a.  The *explosion* of accumulated combustible gases or unconsumed fuel within the furnace of a boiler or pressure vessel, other than combustion gas turbines, or within the flues or passages which conduct the gases of combustion;

b.  A combustion *explosion* occurring outside of any equipment excluded above, even though such combustion *explosion* may have been the direct result of the *explosion* or such excluded equipment.

The following are not *explosion*s within the intent or meaning of this definition:

a.  Electric arcing or any coincident rupture of electrical equipment due to such arcing;

b.  Bursting or rupture caused by freezing;

c.  Sonic shock waves, generally known as Sonic Boom;

d.  Bursting, rupture or collapse of any safety disc, rupture diaphragm or fusible link.

15.  **Fine Arts** *means w*orks of art, paintings, etchings, pictures, statuary, tapestries, stained glass, and other bona fide works of art which have rare or historical value, or artistic merit on temporary exhibit.

16.  **Flood** means, whether natural or manmade, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow or rupture of any body of water, dam, levee, dike, floodgate or other surface containment structure, including *storm surge* which rise, overflow or break the boundaries of natural or manmade bodies of water or the spray from any of the foregoing, all whether driven by wind or not. Tsunami induced flooding is considered *flood.*

Water which backups or discharges from sewers, drains or sumps on your *location* is not considered *flood*, unless such backup or discharge was due to *flood* as defined above.

Copyright material from
© Insurance Services Office, Inc., 2011

   a. **Storm Surge** means: water that is pushed toward the shore due to the force of winds swirling around a storm advancing across a body of water.

17. **Fungus, mold, mildew, spores or yeast** means any type or form of *fungus*, including *mold* or *mildew*, and any mycotoxins, *spores*, scents, *yeast* or by-products produced or released by fungi.

   a. **Fungus** includes, but is not limited to, any of the plants or organisms belonging to the major group fungi, lacking chlorophyll, and including *mold(s)*, rusts, *mildew*, smuts and mushrooms.

   b. **Mold** includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and fungi that produce *mold(s)*.

   c. *Mildew includes but is not limited to any of similar coatings or discolorations, caused by fungi, as that which appears on fabric, paper, leather, etc. when exposed to moisture.*

   d. **Spore** means any dormant or reproductive body produced by or arising or emanating out of any *fungus, mold(s), mildew*, plants, organisms or microorganisms.

   e. **Yeast** includes any of various small, single-celled fungi that reproduces by fission or budding.

18. **Land** means *land* (except *Land* for which values are reported and premiums are charged), such as dikes, levees, and other surface containment structures. Surface containment structures are not *land* to a depth of six inches below such surface containment structures.

19. **Location(s)** is/are defined as specified in the Declarations on file with us; but if not so specified, *locations* mean any building(s), or any group of buildings bounded on all sides by public streets, clear *land* space or open waterways, each not less than two hundred feet wide. Any bridge or tunnel crossing such street, space or waterway shall render such separation inoperative for the purpose of this definition.

20. **Occurrence(s)** means any one loss, disaster, casualty, incident or series of losses, disasters, casualties or incidents, arising out of a single event, and includes all resultant or concomitant insured losses. However:

   a. All earthquake shocks or volcanic eruptions that occur within any 168-hour period will constitute a single earthquake or volcanic eruption, and will be considered a single *occurrence*. The expiration of this policy will not reduce the 168-hour period.

   b. With respect to *flood*, *occurrence* means the sum of all *flood* losses arising during a continuous period of 72 hours during the policy period. You may elect the moment when the 72-hour period begins, but no two such periods shall overlap; and

   c. With respect to Named Windstorm, *occurrence* means the sum of all Named Windstorm losses arising during a continuous period of 72 hours during the policy period. You may elect the moment when the 72-hour period begins, but no two such periods shall overlap.

   d. With respect to an *occurrence* which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the *occurrence* began.

   e. The *occurrence* must begin during the policy period.

21. **Perishable goods** means stock preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

22. **Pollutants or Contaminants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smog, smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, which after its release can cause or threaten damage to human health or human welfare or causes or threatens damage, deterioration, loss of value, marketability or loss of use to property insured, including, but not limited to, bacteria, virus, or hazardous substances as listed in the Federal Water Pollution Control Act, Clean Air Act, Resource Conservation and Recovery Act of 1976, and Toxic Substances Control Act or as designated by the U. S. Environmental Protection Agency. Waste includes materials to be recycled, reconditioned or reclaimed.

Copyright material from
© Insurance Services Office, Inc., 2011

23. ***Production machinery*** means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste materials or finished products.

24. ***Reasonable extra cost*** shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

25. ***Rental Value*** means the sum of:

   a. The total anticipated gross rental income from tenant occupancy of the described property as furnished and equipped by you including taxes, rent based on percentage of sales, and other charges paid by tenants in respect of the leased *locations*; and

   b. The amount of all charges which, by the terms of a written lease, are the legal obligation of the tenant(s) and which would otherwise be obligations of you; and

   c. The fair *rental value* of any portion of such property which is occupied by you.

26. ***Replacement Cost*** means the actual cost of repairs or replacement without deduction for depreciation, subject to limitations stated in the policy.  Repairs or replacement will restore the property to the same current function using today's repairs and construction material up to any applicable policy sublimits or limits.

27. ***Sinkhole Loss*** means loss or damage to Covered Property when *structural damage* to the covered building, including the foundation, is caused by settlement or systematic weakening of the earth supporting the covered building, only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

   a. ***Structural damage*** means a covered building, regardless of the date of its construction, has experienced the following:

      1) Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

      2) Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the *primary structural members* or *primary structural system* and that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those *primary structural members* or *primary structural systems* exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

      3) Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical *primary structural members* to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

      4) Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

      5) Damage occurring on or after October 15, 2005, that qualifies as *substantial structural damage* as defined in the Florida Building Code.

         a) ***Primary structural member*** means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

         b) ***Primary structural system*** means an assemblage of *primary structural members*.

Copyright material from
© Insurance Services Office, Inc., 2011

**SMB 300 2010 CW ALL COMMERCIAL PROPERTY**

   c)   ***Substantial Structural Damage means:***

      i.   in any story of the building, the vertical elements of the lateral force resisting system have suffered damage such that the lateral load-carrying capacity of the structure in any horizontal direction has been reduced by more than 33 percent from its pre-damage condition; or

      ii.   the capacity of any vertical load-carrying component, or any group of such components, that supports more than 30 percent of the total area of the structure's floors and roofs has been reduced more than 20 percent from its pre-damage condition and the remaining capacity of such affected elements, with respect to all dead and live loads, is less than 75 percent of that required by the Florida Building Code for new structures of similar structure, purpose and locations.

28.  ***Stock*** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

29.  ***Suspension*** means:

   a.   the slowdown or cessation of your business activities; and / or

   b.   a part of or all of the described *location* is rendered untenantable, if coverage for Business Income including *rental value* applies.

Copyright material from
© Insurance Services Office, Inc., 2011

SMB 402 1712 CW ALL OTHER PERILS

# ALL OTHER PERILS

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

**This endorsement provides the terms of coverage if coverage is selected on the Declarations Page.**

---

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

---

Words and phrases that appear in *italics* in the remainder of this form have special meaning. Refer to Section I. Definitions of the policy form and / or this endorsement.

**B.   COVERED CAUSE OF LOSS:**

In addition to the Covered Causes of Loss in the policy, the following Causes of Loss are included:

1.   Covered Causes of Loss shall include all other perils, which means all sudden and accidental direct physical loss unless the loss is excluded or limited in this policy.

   a.   All Other Peril excludes *collapse*.

All other terms and conditions, insured coverage, and exclusions of this insurance policy remain unchanged, including applicable limits, sublimits, and deductibles, and apply in full force and effect to the coverage provided by this policy.

SMB 407 1912 CW ALL ADDITIONAL COVERAGES AND SUBLIMIT OPTIONS

# ADDITIONAL COVERAGES & SUBLIMIT OPTIONS

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

**This endorsement provides the terms of coverage if coverage is selected on the Declarations Page.**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

Words and phrases that appear in *italics* in the remainder of this form have special meaning. Refer to Section I. Definitions of the policy form and / or this endorsement.

The following items shall be sublimits of coverage as provided by the policy. Each value stated shall be the maximum this policy shall pay in any one *occurrence*, regardless of the types or number of items lost or damaged, unless further stated below. This endorsement does not create coverage not otherwise stated in the Declarations and provided in the policy. All values are sublimits of the limits provided by the policy, and not in addition to the limits provided in the policy.

**If there is no limit for Coverage A, B, C or D on the declarations, the additional coverages and sub-limits that relate to Coverage A, B, C, or D have a $0 sublimit for all packages (no coverage afforded.)**

**Section I: Additional Coverages and Sublimit Options by Package Level**

The following items are specific to the coverage level shown on the Declarations and further defined in the policy for Additional Coverages and Sublimits.

| Description | Sublimit of Coverage | Bronze Package Limits | Silver Package Limits | Gold Package Limits |
|---|---|---|---|---|
| **A. Accounts Receivable:** | C | $10,000 | $25,000 | $50,000 |
| **B. Debris Removal:** (lessor of % of the amount paid for direct physical loss or damage to Covered Property or the amount stated) (Amounts are Maximum Annual Aggregate Amount) | A, B, C | 25% or $250,000 | 25% or $500,000 | 25% or $1,000,000 |
| a. Maximum limit per *location* for Debris Removal of other property if no Covered Property sustained direct physical loss or damage | | $5,000 | $10,000 | $25,000 |
| **C. Extended Period of Indemnity** | D | 30 Days | 90 Days | 180 Days |
| **D. Fine Arts:** | C | $10,000 | $25,000 | $50,000 |
| **E. Leasehold Improvements and Betterments:** | A | $50,000 | $100,000 | $250,000 |

**SMB 407 1912 CW ALL ADDITIONAL COVERAGES AND SUBLIMITS**

| Description | Sublimit of Coverage | Bronze Package Limits | Silver Package Limits | Gold Package Limits |
|---|---|---|---|---|
| **F.   Loading and Unloading Property for Transit:** | C | $25,000 | $50,000 | $100,000 |
| **G.   Moveable Equipment and Inventory in the Open:** | C | $10,000 | $25,000 | $50,000 |
| **H.   Ordinance or Law: Coverage A -Coverage for Loss to the Undamaged Portion of the Building** (lessor of % Coverage A-Covered Property or fixed dollar amount if indicated) | A | 100% or $250,000 | 100% | 100% |
| **I.   Ordinance or Law: Coverage B – Demolition Cost Coverage** (% of Coverage A- Covered Property) | A | 10% | 15% | 20% |
| **J.   Ordinance or Law: Coverage C – Increased Cost of Construction** (lessor of % Coverage A – Covered Property or fixed dollar amount) | A | 5% | 10% | 15% |
| **K.   Ordinary Payroll:** | D | 1 Month | 2 Months | 3 Months |
| **L.   Outdoor Signs, Fences, Antennas, and Vegetation (**lessor of $ amount given or Coverage B limit)<br>a.   Sublimit for each tree, shrub or plant (per item and occurrence maximum)<br>**b.**   Sublimit for fences | B | $50,000<br><br>a) $250/ $5,000<br><br>b) $10,000 | $100,000<br><br>a) $250/ $5,000<br><br>b) $20,000 | $250,000<br><br>a) $250/ $5,000<br><br>b) $30,000 |
| **M.   Personal Effects and Personal Property of Others:** | C | $25,000 | $50,000 | $100,000 |
| **N.   Property Removed from Insured Locations:** | C | $10,000 | $25,000 | $50,000 |
| **O.   Seasonal Inventory: % of Business Personal Property** | C | 0% | 25% | 50% |
| **P.   Sewer or Water Back Up:** | A, B, C, D | $15,000 | $35,000 | $50,000 |
| **Q.   Spoilage:** | C | $5,000 | $25,000 | $50,000 |
| **R.   Tenant's Glass** | C | $5,000 | $10,000 | $25,000 |
| **S.   Valuable Papers and Records:** | C | $10,000 | $25,000 | $100,000 |

**SMB 407 1912 CW ALL ADDITIONAL COVERAGES AND SUBLIMITS**

**Section II: Additional Coverages and Sublimits for Coverage A, B, C as applicable for All Additional Coverage Package Levels**

The following items apply to Coverage A, B, and C as shown on the declarations and to all Package levels shown on the Declarations for Additional Coverages and Sublimits.

| Description | Limits for All Packages |
|---|---|
| **A.  Animals:** | $500 per Animal<br>$25,000 Per Occurrence |
| **B.  Business Personal Property Temporarily in Portable Storage Units:** | Annual Aggregate:<br>$100,000 |
| **C.  Electronic Data and Media:** | Annual Aggregate:<br>$50,000 |
| **D.  Fire Department Services Charges:** | $15,000 |
| **E.  Fungus, Molds, Mildew, Spores Yeast:**<br>**Per Occurrence and Annual Aggregate** | $15,000 |
| **F.  Gems and Jewelry** | $5,000 |
| **G.  Leased or Rented Equipment:** | Any one item: $5,000<br>Per Occurrence: $25,000 |
| **H.  Leasehold Interest:** | $25,000 |
| **I.  Limited Pollutant or Contaminant Clean-up and Removal Coverage:** | Annual Aggregate:<br>$15,000 |
| **J.  Lock and Key Replacement:** | $5,000 |
| **K.  Newly Acquired or Constructed Property:**(not more than 60 days from date of acquisition or construction): Subject to all other Sublimits contained herein<br><br>a) Buildings<br>b) Business Personal Property | Each Annual Aggregate:<br><br><br>$250,000<br>$100,000 |
| **L.  Pair or Sets:** | $25,000 |
| **M.  Professional Fees for Covered Claims Preparation Costs:** Per Occurrence and Annual Aggregate | $10,000 |
| **N.  Protection and Preservation of Property:** | $100,000 |
| **O.  Reclaiming, Restoring, or Repairing Land Improvements:** | $10,000 |

**SMB 407 1912 CW ALL ADDITIONAL COVERAGES AND SUBLIMITS**

| Description | Limits For All Packages |
|---|---|
| **P.  Reward Reimbursement:** | $25,000 |
| **Q.  Sidewalks, Paved Surfaces, Roadways and / or Attached Patios:** Includes cost of excavation, grading, backfilling, filling | $50,000 |
| **R.  _Sinkhole Loss_:** For insureds with Earthquake Coverage only; in states other than Florida | $10,000 |

**Section III: Additional Coverages and Sublimits for Business Income Coverage**

The following items apply to all coverage levels shown on the Declarations for Additional Coverages and Sublimits and further specific to Coverage D: Business Income Coverage.

**If there is no limit for Coverage D on the declarations, the additional coverages and sublimits below will have a $0 or 0 day sublimit (no coverage afforded).**

| Description | Limits for All Packages |
|---|---|
| **A.  Contingent Business Income: The lessor of:** | 30 Days, or $50,000 |
| **B.  Extra Expense:** | $100,000 |
| **C.  Ingress / Egress Coverage:** The lessor of: but in no event, will this policy pay more than the amount subject to a 72-hour qualifying period. The qualifying period does not apply in the event of a catastrophe caused by wind / hail, flood, and / or earthquake events | 30 Days, or $100,000 |
| **D.  Interruption by Civil or Military Authority:** The lessor of: but in no event will this policy pay more than the amount subject to a 72-hour qualifying period.  The qualifying period does not apply in the event of a catastrophe caused by wind / hail, flood, and / or earthquake events | 30 Days, or $100,000 |
| **E.  Royalties:** | $10,000 |
| **F.  Service Interruption:** The lessor of: but in no event will this policy pay more than the amount subject to a 72-hour qualifying period. The qualifying period does not apply in the event of a catastrophe caused by wind / hail, flood, and / or earthquake events | 3 Weeks, or $100,000 |

All other terms and conditions, insured coverage and exclusions of this policy, including applicable limits and deductibles, remain unchanged and apply in full force and effect to the Coverage provided by this policy.

SMB 415 1907 GULF COAST ALL MINIMUM EARNED PREMIUM – GULF COAST

# MINIMUM EARNED PREMIUM – GULF COAST

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

**This endorsement provides the terms of coverage if coverage is selected on the Declarations Page.**

---

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

---

Words and phrases that appear in *italics* in the remainder of this form have special meaning. Refer to Section I**.** Definitions of the policy form and / or this endorsement.

### G.  Policy Conditions

#### 2.  Cancellation and Additions or Deletions

In addition to the Cancellation and Additions or Deletions Policy Conditions in the policy, the following is included:

If you cancel this policy between January 1 and May 31 or between December 1 and December 31, we will refund you 75% of any full policy term premium or the pro-rated unearned premium, whichever is less.

If you cancel this policy between June 1 and November 30, we will refund you 15% of any full policy term premium or the pro-rated unearned premium, whichever is less.

All other terms and conditions, insured coverage and exclusions of this policy, including applicable limits and deductibles, remain unchanged and apply in full force and effect to the Coverage provided by this policy.

SMB 418 2007 CW ALL Several Liability Clause

# SEVERAL LIABILITY CLAUSE

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### This endorsement provides the terms of coverage if coverage is selected on the Declarations Page.

---

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

---

The liability of an insurer under this contract is several and not joint with other insurers party to this contract.  An insurer is liable only for the proportion of liability it has underwritten.  An insurer is not jointly liable for the proportion of liability underwritten by any other insurer.  Nor is an insurer otherwise responsible for any liability of any other insurer that may underwrite this contract.

The proportion of liability under this contract underwritten by an insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown in this contract.

In the case of a Lloyd's syndicate, each member of the syndicate (rather than the syndicate itself) is an insurer. Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together).  The liability of each member of the syndicate is several and not joint with other members.  A member is liable only for that member's proportion. A member is not jointly liable for any other member's proportion.  Nor is any member otherwise responsible for any liability of any other insurer that may underwrite this contract.  The business address of each member is Lloyd's, One Lime Street, London EC3M 7HA.  The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

Although reference is made at various points in this clause to "this contract" in the singular, where the circumstances so require this should be read as a reference to contracts in the plural.


All other terms and conditions, insured coverage and exclusions of this policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this policy.

SMB 419 2102 CW ALL Allocation Endorsement

# ALLOCATION ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### This endorsement provides the terms of coverage if coverage is selected on the Declarations Page.

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

Words and phrases that appear in *italics* in the remainder of this form have special meaning. Refer to Section I. Definitions of the policy form and / or this endorsement.

In consideration of the premium charged for this policy as outlined by the Insurer(s) in the declarations, the applicable participation of each Insurer(s) as a percentage (%) of the limit of liability shown in the policy is as follows:

| Perils (As Per Policy) | Insurer | Contract | Policy Number | Participation (as a %) |
|---|---|---|---|---|
| All Covered Causes of Losses Except Equipment Breakdown | Independent Specialty Insurance Company | NA | See Declaration | 64% |
| All Covered Causes of Losses Except Equipment Breakdown | Certain Underwriters at Lloyds and Other Insurers subscribing to Binding Authority UMR B604510568622021 | B604510568622021 | See Declaration | 36% |
| Equipment Breakdown - if selected on the Declaration | Independent Specialty Insurance Company | NA | See Declaration if purchased | 100% |

The contracts herein cover mutually exclusive perils. The maximum limit of liability is not to exceed the per *occurrence* participation stated in the policy, regardless of whether multiple perils and multiple contracts are involved. Recognition of liability by either of the contracts reduces the limit of liability of any corresponding contract.

The liability otherwise determined to exist under the terms and conditions of this policy shall be bourne by the contract covering the proximate cause of loss identified in the allocation of security. Covered perils shall be defined by the applicable forms attached to this policy.

The Insurer's liability under this policy for covered losses is several and not joint with other insurers party to this contract. The Insurer is liable only for the proportion of liability it has underwritten. The Insurer is not jointly liable for the proportion of liability underwritten by any other insurer. Nor is the Insurer otherwise responsible for any liability of any other insurer that may underwrite this policy.

The Insurer's liability may not be increased in the event that any other insurer or other party to this contract who for any reason does not satisfy all or part of its obligations.

SMB 419 2102 CW ALL Allocation Endorsement

SMB 419 2102 CW ALL Allocation Endorsement

This contract shall be constructed as a separate contract between the Named Insured and each of the Insurers. This evidence of coverage consists of separate sections of a composite insurance for all Underwriters at Lloyd's combined and separate policies issued by the Insurer(s), all as identified above. This evidence of coverage does not constitute in any manner or form a joint certificate of coverage by Underwriters at Lloyd's with any other Insurer(s).

All other terms and conditions, Named Insured coverage and exclusions of this policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this policy.

SMB 421 2010 LA ALL Restrictive AOB

# Restricted Assignment of Post-Loss Benefits

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
**This endorsement provides the terms of coverage if coverage is selected on the Declarations Page.**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

Words and phrases that appear in *italics* in the remainder of this form have special meaning.  Refer to Section I. Definitions of the policy form and / or this endorsement.

**THIS POLICY DOES NOT ALLOW THE ASSIGNMENT OF POST-LOSS INSURANCE BENEFITS. BY SELECTING THIS POLICY, YOU WAIVE YOUR RIGHT TO FREELY ASSIGN OR TRANSFER THE POST-LOSS PROPERTY INSURANCE BENEFITS AVAILABLE UNDER THIS POLICY TO A THIRD PARTY OR TO OTHERWISE FREELY ENTER INTO AN ASSIGNMENT AGREEMENT.**

In exchange for a reduced premium, your policy is endorsed to restrict the assignment of post-loss benefits.

In Policy Form SMB 300 under Section G. Policy Conditions, 1. Assignment is deleted and replaced by the following:

    1.  Assignment
        a.  You may not assign this policy without prior written consent from us.
        b.  Post-loss assignment of rights, benefits or claims arising under this policy are prohibited.

All other terms and conditions, insured coverage and exclusions of this policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this policy.

SMB 424 2101 CW ALL Property Cyber and Data Exclusion

# Property Cyber and Data Exclusion

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**This endorsement provides the terms of coverage if coverage is selected on the Declarations Page.**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of the insurance policy unless another effective date is shown on the Declarations Page.*

This insurance policy to which this Endorsement is attached is amended to:
Under D. Exclusions and Limitations, in addition to exclusions and limitations in the Policy, the following exclusions and limitations are added:

### D.  Exclusions and Limitations

1.  Property Cyber and Data Exclusion.
    a.  *Cyber Loss*:
        1)  loss, damage, liability, claim, cost, expense of whatsoever nature directly or indirectly caused by, contributed to by, resulting from, arising out of or in connection with any loss of use, reduction in functionality, repair, replacement, restoration or reproduction of any *Data*, including any amount pertaining to the value of such *Data*;  regardless of any other cause or event contributing concurrently or in any other sequence thereto.
    b.  In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.
    c.  This endorsement supersedes and, if in conflict with any other wording in the policy or any endorsement thereto having a bearing on *Cyber Loss* or *Data*, replaces that wording.

Under I. Definitions, words and phrases that appear in *italics* in the remainder of this Endorsement have special meaning and apply to this Endorsement only. Refer to I. Definitions of the Policy form for the meaning of all other words and phrases that apply to this insurance policy.  The following Definitions are added to the Policy:

### I.   Definitions

30.  *Cyber Loss* means any loss, damage, liability, claim, cost or expense of whatsoever nature directly or indirectly caused by, contributed to by, resulting from, arising out of or in connection with any *Cyber Act* or *Cyber Incident* including, but not limited to, any action taken in controlling, preventing, suppressing or remediating any *Cyber Act* or *Cyber Incident.*

31.  *Cyber Act* means an unauthorized, malicious or criminal act or series of related unauthorized, malicious or criminal acts, regardless of time and place, or the threat or hoax thereof involving access to, processing of, use of or operation of any *Computer System.*

32.  *Cyber Incident* means:
    a.  any error or omission or series of related errors or omissions involving access to, processing of, use of or operation of any *Computer System*; or

    b.  any partial or total unavailability or failure or series of related partial or total unavailability or failures to access, process, use or operate any *Computer System.*

33.  *Computer System* means:
    a.  any computer, hardware, software, communications system, electronic device (including, but not limited to, a smart phone, laptop, tablet, wearable device), server, cloud or microcontroller including any other similar system or any configuration of the aforementioned and any associated input, output, data storage device, networking equipment or back up facility, owned or operated by an Insured or any other party.

SMB 424 2101 CW ALL Property Cyber and Data Exclusion

34. *Data* means information, facts, concepts, code or any other information of any kind that is recorded or transmitted in a form that can be used, accessed, processed, transmitted or stored by a *Computer System.*

All other terms, conditions, Named Insured coverage, and exclusions of this policy remain unchanged, including applicable policy limits, sub-limits and deductibles, and apply to the coverage provided under this policy.

SMB 426 2102 CW ALL RR Binding Authority Endorsement

# CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY UMR B604510568622021 LIST

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

If Certain Underwriters at Lloyd's and Other Insures Subscribing to Binding Authority UMR B604510568622021 are listed as security on the Allocation Endorsement attached to the policy, the list of participants is shown below:

Account Number:   See Declarations
UMR:                       B604510568622021
Policy Number:      See Declarations

| Syndicate / Carrier | Participation |
|---|---|
| Certain Underwriters at Lloyd's – Syndicate 1458 18th Floor, 125 Old Broad Street, London, EC2N 1AR, United Kingdom | 50% |
| RenaissanceRe Specialty U.S. LTD | 50% |

All other terms and conditions, Named Insured coverage and exclusions of this policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this policy.

SMB 500 2102 LA ALL PHN SERVICE OF SUIT

# POLICYHOLDER NOTICE
# SERVICE OF SUIT

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**This endorsement provides the terms of coverage if coverage is selected on the Declarations Page.**

---

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

---

In the event of failure to pay any amount claimed to be due under the terms of this policy and at your request, we agree to submit to the jurisdiction of any court of competent jurisdiction within the United States of America (the "United States") in which a suit for these amounts may be brought. Nothing in this condition constitutes or should be understood to constitute:

1. a waiver of our rights to commence an action in any court of competent jurisdiction in the United States;
2. to remove an action to a United States District Court; or
3. to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States.

It is further agreed that service of process in such suit will be made upon:

Independent Specialty Insurance Company
  National Registered Agents, Inc.
  2 North Jackson Street, Suite 605
    Montgomery, AL 36107

Certain Underwriters at Lloyd's and Other Insurers
  subscribing to Binding Authority UMR
    B604510568622021
    McDermott, Will & Emery
    340 Madison Avenue
  New York, NY  10173-1922

or his or her representative, and that in any suit instituted against us with respect to this policy, we will abide by the final decision of such court or of any appellate court in the event of an appeal.

Additionally, pursuant to any statute of any state, territory, or district of the United States which makes provision, we designate the Superintendent, Commissioner, or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom service may be made of any lawful process in any action, suit, or proceeding instituted by you or on your behalf or any beneficiary arising out of this policy of insurance and we designate the above named Counsel as the person to whom the said officer is authorized to mail such process or a true copy thereof.

SMB 500 2102 LA ALL PHN SERVICE OF SUIT

SMB 507 1908 LA ALL LOUISIANA DISCLOSURE

## NOTICE TO POLICYHOLDERS

### LOUISIANA

### IMPORTANT INFORMATION REQUIRED BY
### THE LOUISIANA DEPARTMENT OF INSURANCE

Commercial Insurance Policy Coverage Disclosure Summary

This form is promulgated pursuant to LSA-R.S. 22:1319

**THIS IS ONLY A SUMMARY OF YOUR COVERAGE AND DOES NOT AMEND, EXTEND, OR ALTER THE COVERAGES OR ANY OTHER PROVISIONS CONTAINED IN YOUR POLICY. INSURANCE IS A CONTRACT. THE LANGUAGE IN YOUR POLICY CONTROLS YOUR LEGAL RIGHTS AND OBLIGATIONS.**

### **READ YOUR INSURANCE POLICY

### FOR COMPLETE POLICY TERMS AND CONDITIONS**

## COVERAGE(S) FOR WHICH PREMIUM WAS PAID

**Commercial Property**

## Deductibles

**This policy sets forth certain deductibles that will be applied to claims for damages. When applicable, a deductible will be subtracted from your total claim and you will be paid the balance subject to applicable coverage limits.**

> **You may be able to reduce your premium by increasing your deductible. Contact your producer (agent) or insurer for details.**

**NOTICE: This policy does set forth a separate deductible per building for covered losses caused by hurricanes or *catastrophes* as defined in the policy.**

**This policy does set forth a separate deductible per occurrence for covered losses caused by All Other Wind as defined in the policy.**

SMB 507 1908 LA ALL LOUSIANA DISCLOSURE

SMB 507 1908 LA ALL LOUSIANA DISCLOSURE

## NOTICE TO POLICYHOLDERS

### *Separate Deductible Example- Hurricane or Catastrophe Damage.*

**If applicable, the following illustrates how a separate deductible per building applies to hurricane or *catastrophe* damage under your policy:**

**The following example assumes a 2% Catastrophe deductible per building. The amounts of loss to the damaged property at Building 1 are $450,000 (Coverage A - Building) and $50,000 (Coverage C - Business Personal Property) and at Building 2 are $30,000 (Coverage A - Building) and $10,000 (Coverage C - Business Personal Property)**

| | |
|---|---|
| **Limits of Insurance on Building 1 (For Coverage A, B, C and D)** | **$1,000,000** |
| **Total amount of Building and Business Personal Property Damage Loss** | **$500,000** |
| **Less 2% deductible ($1,000,000 X .02)** | **($20,000)** |
| **Net payment to insured for Building loss** | **$480,000** |

| | |
|---|---|
| **Limits of Insurance on Building 2 (For Coverage A, B, C and D)** | **$2,000,000** |
| **Total amount of Building and Business Personal Property Damage Loss** | **$40,000** |
| **Less 2% deductible ($1,000,000 X .02)** | **($40,000)** |
| **Net payment to insured for Building loss** | **$0** |

| | |
|---|---|
| **Net payment to insured for the *Catastrophe* Event** | **$480,000** |

SMB 507 1908 LA ALL LOUSIANA DISCLOSURE

SMB 507 1908 LA ALL LOUSIANA DISCLOSURE

*Separate Deductible Example- All Other Wind Damage.*

**If applicable, the following illustrates how a separate deductible per occurrence applies to All Other Wind Damage under your policy:**

**The following example assumes a $10,000 All Other Wind deductible. The amounts of loss to the damaged property at Building 1 are $250,000 (Coverage A - Building) and $50,000 (Coverage C - Business Personal Property).**

| | |
|---|---|
| **Limits of Insurance on Building 1 (For Coverage A, B, C and D)** | **$1,000,000** |
| **Total amount of Building and Business Personal Property Damage Loss** | **$300,000** |
| **Less All Other Wind deductible** | **($10,000)** |
| **Net payment to insured for Building loss** | **$290,000** |

TO SEE EXACTLY HOW SEPARATE HURRICANE, WIND, or CATASTROPHE DEDUCTIBLES WILL APPLY, PLEASE REFER TO YOUR POLICY.

## LIMITATIONS OR EXCLUSIONS UNDER THIS POLICY

**FLOOD: Flood damage may be covered, regardless of how caused, when flood is the peril that causes the loss. Please check your Commercial Property Declarations to see if Flood Coverage applies to your policy.  Flood water includes, but is not limited to, storm surge, waves, tidal water, overflow of a body of water, whether driven by wind or not.**

**_Flood Insurance_ may also be available through the National Flood Insurance Program (NFIP). NFIP flood insurance may provide coverage for damage to your dwelling or building and/or contents subject to the coverage limits and terms of the policy.**

SMB 507 1908 LA ALL LOUSIANA DISCLOSURE

SMB 507 1908 LA ALL LOUSIANA DISCLOSURE

*__Excess Flood Insurance__ may be available under a separate policy, from this or another insurer, if the amount of the primary flood insurance is not enough to cover the value of your property.*

- *You may contact your producer (agent) or insurer for more information on the NFIP and excess flood insurance.*

__MOLD__**: - Damage caused solely by mold is not covered under this policy.**

**\*\*FOR ALL OTHER LIMITATIONS OR EXCLUSIONS REFER TO YOUR POLICY FOR COMPLETE DETAILS ON TERMS AND PROVISIONS\*\***

**EFFECTIVE JANUARY 1, 2010**

SMB 507 1908 LA ALL LOUSIANA DISCLOSURE

SMB 517 2102 CW ALL TRIA Rejection Notice

# NOTICE TO POLICYHOLDERS REGARDING THE
## U.S. Terrorism Risk Insurance Act of 2002 As Amended
## Not Purchased Clause

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**This endorsement provides the terms of coverage if coverage is selected on the Declarations Page.**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, as amended ("TRIA"), that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, **as defined in Section 102(1) of the Act, as amended:**  The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.  Any coverage you purchase for "acts of terrorism" shall expire at 12:00 midnight December 31, 2027, the date on which the TRIA Program is scheduled to terminate, or the expiry date of the policy whichever occurs first, and shall not cover any losses or events which arise after the earlier of these dates.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THIS FORMULA, THE UNITED STATES PAYS 80% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURER(S) PROVIDING THE COVERAGE.  YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A USD100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS USD100 BILLION.  IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED USD100 BILLION, YOUR COVERAGE MAY BE REDUCED.

It is hereby noted that the Insurer(s) have made available coverage for "insured losses" directly resulting from an "act of terrorism" as defined in the "U.S. Terrorism Risk Insurance Act of 2002", as amended ("TRIA") and the Insured has declined or not confirmed to purchase this coverage.

This Insurance therefore affords no coverage for losses directly resulting from any "act of terrorism" as defined in TRIA except to the extent, if any, otherwise provided by this policy.

All other terms, conditions, insured coverage and exclusions of this Insurance including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this Insurance.

If you have any questions about this or any other insurance matter, please contact your agent or broker representing Independent Specialty Insurance Company and Certain Underwriters at Lloyd's and Other Insurers subscribing to Binding Authority UMR B604510568622021.

SMB 412 1712 CW ALL PROTECTIVE SAFEGUARDS

# PROTECTIVE SAFEGUARDS ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

**This endorsement provides the terms of coverage if coverage is selected on the Declarations Page.**

---

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

---

Words and phrases that appear in *italics* in the remainder of this form have special meaning. Refer to Section I**.** Definitions of the policy form and / or this endorsement.

**D.  Exclusions and Limitations**

The following is added to the Exclusions and Limitations section of the policy:

1. **Lack of Maintenance to Protective Safeguard Exclusion**

   We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to maintain any protective safeguard represented as present at a building and listed in the Schedule below, and over which you had control, in complete working order.

**H.  Property Loss Conditions**

The following Property Loss Condition is added to the policy Property Loss Conditions:

1. In consideration of the premium charged and based on the protection of the premises by the protective safeguard systems described in the submission / application, it is a condition of this policy that you shall exercise due diligence in maintaining in complete working order all equipment and services, affirmed to be part of the Covered Property, and pertaining to the system(s) which are under your control, including maintenance and service requirements.

2. The protective safeguards to which this endorsement applies are identified as:

   a. *Automatic Fire Protection Sprinkler System*, including related supervisory services.

      1) If part of an *Automatic Fire Protection Sprinkler System* is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

   b. *Automatic Central Monitored Fire Alarm*

   c. *Central Monitored Burglar Alarm*

3. You shall give us immediate notice of any impairment in or suspension of any equipment or service pertaining to the system within your knowledge. If part of an *Automatic Fire Protection Sprinkler System* is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

SMB 412 1712 CW ALL PROTECTIVE SAFEGUARDS

**I.   Definitions**

The following definitions are added to the policy definitions:

1.   ***Automatic Fire Protection Sprinkler System*** means

a.   any automatic fire protective or extinguishing system, including connected:

1)   Sprinklers and discharge nozzles;

2)   Ducts, pipes, valves and fittings;

3)   Tanks, their component parts and supports; and

4)   Pumps and private fire protection mains.

b.   When supplied from an automatic fire protective system:

1)   Non-automatic fire protective systems; and

2)   Hydrants, standpipes and outlets.

2.   ***Automatic Central Monitored Fire Alarm*** means an automatic fire alarm protecting the entire building that is:

a.   Connected to a central station, or

b.   Reporting to a public or private fire alarm station.

3.   ***Central Monitored Burglar Alarm*** means a *central monitored burglar alarm* that is protecting all entryways and windows that is:

a.   Activated and operational

b.   Reporting to a public or private burglar alarm station; and

c.   In the "on" position during all non-working hours or when the insured premises are unoccupied.


All other terms and conditions, insured coverage and exclusions of this insurance policy remain unchanged, including applicable limits, sublimits, and deductibles, and apply in full force and effect to the coverage provided by this Policy.

SMB 503 1712 CW ALL PHN PRIVACY

# POLICYHOLDER NOTICE

## PRIVACY NOTICE

---

For commercial business customers with policies administered by us and insured by a non-admitted insurer, our privacy policy is as follows:

1. We do not collect or require personal private information from our customers.
2. We do not share any policyholder information for marketing purposes with any third party.
3. We do share policy information as necessary with third party service providers for purposes of evaluating, processing, or servicing our business, inclusive but not restricted to information gathered in the application, inspection, or claims process.
4. We require a non-disclosure with all third-party service providers as respects information shared from us to our third party service providers which restricts use of information to functions required to perform the contracted services.
5. Exception to all restrictions above will be as required by applicable law or regulatory agency.

SMB 504 1712 CW ALL PHN OFAC

# NOTICE TO POLICYHOLDERS REGARDING THE U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL

### THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

No coverage is provided by this notice nor can it be construed to replace any provisions of your policy. You should read your policy and review the declarations page for complete information on the coverages you are provided.

This notice provides information concerning your rights as a policyholder and payments to the Insured, additional insured, loss payee, or claimant, for loss under this policy may be affected by the administration and enforcement of U.S. economic embargoes, trade sanctions, or other directives issued by the Office of Foreign Assets Control ("OFAC") and possibly the U.S. Department of State.

OFAC is an office of the Department of the Treasury that administers and enforces sanctions policy under presidential wartime and national emergency powers, as well as authority granted by specific legislation, in order to impose controls on transactions and freeze foreign assets under U.S. jurisdiction. OFAC has identified and listed numerous foreign countries, foreign organizations, foreign agents, terrorist organizations, terrorists, international narcotics traffickers, and other named individuals, groups and entities as "Specially Designated Nationals and Blocked Persons." This list and more in-depth information on OFAC is available at the following website: http://www.treas.gov/ofac.

In accordance with OFAC regulations, or any other applicable regulation promulgated by the U.S. Department of State, if it is determined that the Insured, additional insured, loss payee, or claimant has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, we must block or "freeze" property and payment of any funds transfers or transactions and report all blocks to OFAC with ten (10) days. We will not pay a claim, accept premium, or exchange monies or assets of any kind to, from or with individuals, groups or entities, including but not limited to financial institutions, on the Specially Designated National and Blocked Person list. Additionally, we will not defend or provide any other benefits under your policy to individuals, groups or entities on the Specially Designated National and Blocked Person list. Other limitations on premiums and payments may also apply.

SMB 501 1712 CW ALL PHN CLAIMS

# POLICYHOLDER NOTICE
# CLAIMS REPORTING INFORMATION

---

All claims shall be reported to Velocity Risk Underwriters Claims via

1. E-mail: **business.claims@velocityrisk.com**
   (email is preferable for quickest response); or
2. Phone: 1-844-VRU-CLMS (1-844-878-2567)

and/or its adjusters assigned to the respective claim(s).   The costs of such adjustments shall be borne by us in proportion to its pro-rata participation in this policy.

Many occurrences result in damages which require immediate attention in order to prevent further loss. Please contact Velocity Risk Underwriters Claims at the e-mail address listed above as soon as possible to report the claim. Please try to have the following information available:

1. Insured name and policy number
2. Exact location of the occurrence
3. Detailed description of the occurrence
4. Type of loss
5. A contact number for someone at the location of the occurrence

SMB 502 1805 CW ALL FRAUD NOTICE

# FRAUD NOTICE TO POLICYHOLDERS

| | |
|---|---|
| **Arkansas** | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **Colorado** | **It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.** |
| **District of Columbia** | **WARNING:** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant. |
| **Florida** | Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree. |
| **Kansas** | A "fraudulent insurance act" means an act committed by any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written, electronic, electronic impulse, facsimile, magnetic, oral, or telephonic communication or statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto. |
| **Kentucky** | Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime. |
| **Louisiana** | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **Maine** | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or denial of insurance benefits. |
| **Maryland** | Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **New Jersey** | Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties. |
| **New Mexico** | ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES. |

SMB 502 1805 CW ALL FRAUD NOTICE

## FRAUD NOTICE TO POLICYHOLDERS

| | |
|---|---|
| **New York** | **General: All applications for commercial insurance, other than automobile insurance:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.<br><br>**All applications for automobile insurance and all claim forms:** Any person who knowingly makes or knowingly assists, abets, solicits or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the value of the subject motor vehicle or stated claim for each violation.<br><br>**Fire:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.<br><br>The proposed insured affirms that the foregoing information is true and agrees that these applications shall constitute a part of any policy issued whether attached or not and that any willful concealment or misrepresentation of a material fact or circumstances shall be grounds to rescind the insurance policy. |
| **Ohio** | Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud. |
| **Oklahoma** | **WARNING**: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony. |
| **Pennsylvania** | **All Commercial Insurance, Except As Provided for Automobile Insurance:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.<br><br>**Automobile Insurance:** Any person who knowingly and with intent to injure or defraud any insurer files an application or claim containing any false, incomplete or misleading information shall, upon conviction, be subject to imprisonment for up to seven years and the payment of a fine of up to $15,000. |
| **Puerto Rico** | **Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances [be] present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.** |

SMB 502 1805 CW ALL FRAUD NOTICE

| | |
|---|---|
| **Rhode Island** | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **Tennessee** | **All Commercial Insurance, Except As Provided for Workers' Compensation** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.<br><br>**Workers' Compensation:** It is a crime to knowingly provide false, incomplete or misleading information to any party to a workers' compensation transaction for the purpose of committing fraud. Penalties include imprisonment, fines and denial of insurance benefits. |
| **Utah** | **Workers' Compensation:** Any person who knowingly presents false or fraudulent underwriting information, files or causes to be filed a false or fraudulent claim for disability compensation or medical benefits, or submits a false or fraudulent report or billing for health care fees or other professional services is guilty of a crime and may be subject to fines and confinement in state prison. |
| **Virginia** | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |
| **Washington** | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |
| **West Virginia** | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **All Other States** | Any person who knowingly and willfully presents false information in an application for insurance may be guilty of insurance fraud and subject to fines and confinement in prison. (In Oregon, the aforementioned actions may constitute a fraudulent insurance act which may be a crime and may subject the person to penalties). |