

**EXHIBIT "C"** 1-800-259-5300

Industry Access

Consumers >                              Industry >

# Details for Independent Specialty Insurance Company

**Name:**

Independent Specialty Insurance Company

**NAIC#:**

39640

**Domicile:**

DE

**Phone:**

(415) 899-2000

**Toll Free#:**

N/A

Addresses

Type: Administrative

1900 L. Don Dodson Dr.

Bedford, TX 76021

Type: Books and Records

1900 L. Don Dodson Dr.

Bedford, TX 76021

Type: Domicile

160 Greentree Drive, Suite 101

Dover, DE 19904

Type: Mailing

1900 L. Don Dodson Dr.

Bedford, TX 76021

No Appointed Producers

Licensing Information

Regulatory Actions

Service of Process

Summary Financial Information

**Return to Search Results**

**Return to Search**

## Quick Links

Search Bulletins, Directives & Regs

Search for Company or Agent

Search Rate Filings

Producer License Renewal

Report Insurance Fraud

Top 20 Lists by Market Share

Industry Career Opportunities

## What's New

Solicitation for Offers

Directive 217

Bulletin 2021-08: Hurricane Ida Voluntary Mediation Program

Directive 218

Advisory Letter 2021-05: License Requirements

Bulletin 2021-07: Hurricane Ida Civil Authority

ER 47: Hurricane Ida Suspensions Extension

**LDI Employees**

1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022 Louisiana Department of Insurance

**Department of State: Division of Corporations**

[Allowable Characters](#)

| HOME | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 6297441 | Incorporation Date / Formation Date: | 1/30/2017 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | INDEPENDENT SPECIALTY INSURANCE COMPANY | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | NATIONAL REGISTERED AGENTS, INC. | | |
|---|---|---|---|
| Address: | 1209 ORANGE STREET | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ☐ Status   ☐ Status,Tax & History Information

[Submit]

[View Search Results]                                                 [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov