EXHIBIT "D"

# File Copy



# CERTIFICATE OF INCORPORATION
# OF A PRIVATE LIMITED COMPANY

## Company No. 06838321

The Registrar of Companies for England and Wales hereby certifies that

RENAISSANCERE CORPORATE CAPITAL (UK) LIMITED

is this day incorporated under the Companies Act 1985 as a private company and that the company is limited.

Given at Companies House on 5th March 2009



*N06838321I*



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES



Companies House
—— for the record ——

The above information was communicated in non-legible form and authenticated by the Registrar of Companies under section 710A of the Companies Act 1985



# GOV.UK

# Find and update company information

[Companies House does not verify the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)](http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

[Advanced company search (/advanced-search)](/advanced-search)

RENAISSANCERE CORPORATE CAPITAL (UK) LIMITED

Company number **06838321**

Follow this company

File for this company (https://beta.companieshouse.gov.uk/company/06838321/authorise?return_to=/company/06838321)

Registered office address
18th Floor, 125, Old Broad Street, London, EC2N 1AR

Company status
Active

Company type
Private limited Company

Incorporated on
5 March 2009

## Accounts

Next accounts made up to **31 December 2021**
due by **30 September 2022**

Last accounts made up to **31 December 2020**

## Confirmation statement

Next statement date **15 February 2023**
due by **1 March 2023**

Last statement dated **15 February 2022**

## Nature of business (SIC)

- 65120 - Non-life insurance
- 65202 - Non-life reinsurance

[Tell us what you think of this service (https://www.research.net/r/S78XJMV)](https://www.research.net/r/S78XJMV) [Is there anything wrong with this page? (/help/feedback?sourceurl=https://find-and-update.company-information.service.gov.uk/company/06838321)](/help/feedback?sourceurl=https://find-and-update.company-information.service.gov.uk/company/06838321)

Policies Link opens in new tab

[Cookies (https://beta.companieshouse.gov.uk/help/cookies)](https://beta.companieshouse.gov.uk/help/cookies)

Contact us Link opens in new tab

Accessibility statement (https://beta.companieshouse.gov.uk/help/accessibility-statement)

Developers Link opens in new tab

Built by Companies House

© Crown copyright