## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BULLARD BEAUTY PLUS, LLC, | : | CASE NO.: |
| Plaintiff, | : | DISTRICT JUDGE: |
| v. | : | |
| | : | MAGISTRATE JUDGE: |
| INDEPENDENT SPECIALTY INSURANCE COMPANY, ET AL., | : | |
| Defendants. | : | |

### NOTICE OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C.A. § 1746, I, Chaunda "Shawn" M. Brooks, counsel of record on behalf of Defendants, Independent Specialty Insurance Company ("ISIC") and Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority B604510568622021 ("Lloyd's) (hereinafter collectively referred to as "Defendants") in the above-entitled action, certify under penalty of perjury that the following is true and correct:

1. I am an attorney at the law firm of Rolfes Henry, Co., LPA, and I am licensed to practice in the State of Louisiana.

2. I have been retained to represent Defendants in the above-captioned litigation. I am authorized to act on Defendants' behalf in defense of the above-captioned litigation. Without waiving and specifically reserving all rights, defenses, objections, and exceptions, pursuant to the requirement set forth in 28 U.S.C. § 1446, ISIC and Lloyd's, hereby give notice that all Defendant parties consent to the Notice of Removal filed in the above-captioned matter.

Dated this 15th day of September, 2023   Respectfully submitted,

 /s/ *Shawn M. Brooks*
Chaunda "Shawn" M. Brooks
(La. Bar No. 38607)
ROLFES HENRY CO., LPA
8550 United Plaza Blvd., Suite 702
Baton Rouge, Louisiana  70809
Telephone:  (800) 720-0613
Facsimile:   (228) 299-0430
E: sbrooks@rolfeshenry.com
E:  lmoore@rolfeshenry.com

*Attorney for Defendants*
*Independent Specialty Insurance Company*
*And Certain Underwriters at Lloyd's and*
*Other Insurers Subscribing to Binding*
*Authority B60451056822021*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Consent to Removal* has been electronically filed with the Clerk of the Courts by using the ECF system, which will send a notice of the electronic filing to the following. I further certify that upon notification from the Clerk of the Court, a copy of the foregoing will be forwarded via U.S. Mail if a party is a non-ECF participant.

    David P. Vicknair, Esq.
    Caitlin B. Carrigan, Esq.
    Scott Vicknair, LLC
    909 Poydras Street, Suite 2025
    New Orleans, Louisiana 70112
    david@svlaw.law
    caitlin@svlaw.law

    Jacob K. Weixler, Esq.
    Weixler Law LLC
    1926 Washington Avenue
    New Orleans, Louisiana 70113
    jkw@weixlerlaw.com

    *Attorneys for Plaintiff*

SO CERTIFIED, this 15th day of September, 2023

                                  */s/ Shawn M. Brooks*
                                  Chaunda "Shawn" M. Brooks